U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Alien of Removal to Other than Designated

Alien's Name _____ A# _____ Detention Facility _____

You have been ordered removed to _____, as you or the immigration judge designated during your removal proceeding. The immigration judge has ordered, in the alternative, that you be removed to _____. The INS has made a formal request(s) to the government(s) of this/these country(ies) for a travel document.

The government of _____:

☐ has formally responded to the INS request by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

In the alternative, the government of _____:

☐ has also responded by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

Since your removal to the country(ies) designated in the removal order is not possible, you are hereby notified that the INS intends to disregard the designation in accordance with section 241(b)(2)(C) of the Immigration and Nationality Act (Act). Pursuant to section 241(b)(2)(D) or (E) of the Act, the INS is making arrangements to remove you to an alternate country, specifically _____, which is:

☐ the country of which you are a subject, national, or citizen;
☐ the country from which you were last admitted to the United States;
☐ the country in which is located the foreign port from which you left for the United States;
☐ the country of which you last resided before entering the country from which you entered the United States;
☐ the country of your birth;
☐ whose government is willing to accept you.
☐ the country that had sovereignty over your birthplace when you were born;

If you believe that your life or freedom would be threatened in the alternate country of removal, due to your race, religion, nationality, membership in a particular social group, or political opinion, or that you would be tortured in that country, you may file a motion to reopen with the immigration court or the Board of Immigration Appeals, as applicable, for the purpose of applying for withholding of removal or relief under the Convention Against Torture. Your motion must be accompanied by your application (Form I-589) and any supporting documentation. If you fail to file a motion to reopen within fifteen (15) days of the date you are served with this notice, you will be considered to have waived any opportunity to contest removal to that country, and the INS will proceed with your removal. The INS may extend the fifteen (15) day time period for good cause.

Sincerely,

Name _____  Title _____

Alien's Name _____  A# _____  Detention Facility _____

You have been ordered removed to _____ , as you or the immigration judge designated during your removal proceeding. The immigration judge has ordered, in the alternative, that you be removed to _____ . The INS has made a formal request(s) to the government(s) of this/these country(ies) for a travel document.

The government of _____ :
☐ has formally responded to the INS request by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

In the alternative, the government of _____ :
☐ has also responded by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

Since your removal to the country(ies) designated in the removal order is not possible, you are hereby notified that the INS intends to disregard the designation in accordance with section 241(b)(2)(C) of the Immigration and Nationality Act (Act). Pursuant to section 241(b)(2)(D) or (E) of the Act, the INS is making arrangements to remove you to an alternate country, specifically _____ , which is:

☐ the country of which you are a subject, national, or citizen;
☐ the country from which you were last admitted to the United States;
☐ the country in which is located the foreign port from which you left for the United States;
☐ the country of which you last resided before entering the country from which you entered the United States;
☐ the country of your birth;
☐ whose government is willing to accept you.
☐ the country that had sovereignty over your birthplace when you were born;

If you believe that your life or freedom would be threatened in the alternate country of removal, due to your race, religion, nationality, membership in a particular social group, or political opinion, or that you would be tortured in that country, you may file a motion to reopen with the immigration court or the Board of Immigration Appeals, as applicable, for the purpose of applying for withholding of removal or relief under the Convention Against Torture. Your motion must be accompanied by your application (Form I-589) and any supporting documentation. If you fail to file a motion to reopen within fifteen (15) days of the date you are served with this notice, you will be considered to have waived any opportunity to contest removal to that country, and the INS will proceed with your removal. The INS may extend the fifteen (15) day time period for good cause.

Sincerely,


_____    _____
Name                                    Title

Page 1, Copy 1
2022-ICLI-00055* 10                                                    Form I-913 (06/15/01)

Alien's Name _____ A# _____ Detention Facility _____

You have been ordered removed to _____, as you or the immigration judge designated during your removal proceeding. The immigration judge has ordered, in the alternative, that you be removed to _____. The INS has made a formal request(s) to the government(s) of this/these country(ies) for a travel document.

The government of _____ :
☐ has formally responded to the INS request by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

In the alternative, the government of _____ :
☐ has also responded by stating that it is not willing to accept you; or
☐ has failed to respond to the INS request in a timely manner.

Since your removal to the country(ies) designated in the removal order is not possible, you are hereby notified that the INS intends to disregard the designation in accordance with section 241(b)(2)(C) of the Immigration and Nationality Act (Act). Pursuant to section 241(b)(2)(D) or (E) of the Act, the INS is making arrangements to remove you to an alternate country, specifically _____, which is:

☐ the country of which you are a subject, national, or citizen;
☐ the country from which you were last admitted to the United States;
☐ the country in which is located the foreign port from which you left for the United States;
☐ the country of which you last resided before entering the country from which you entered the United States;
☐ the country of your birth;
☐ whose government is willing to accept you.
☐ the country that had sovereignty over your birthplace when you were born;

If you believe that your life or freedom would be threatened in the alternate country of removal, due to your race, religion, nationality, membership in a particular social group, or political opinion, or that you would be tortured in that country, you may file a motion to reopen with the immigration court or the Board of Immigration Appeals, as applicable, for the purpose of applying for withholding of removal or relief under the Convention Against Torture. Your motion must be accompanied by your application (Form I-589) and any supporting documentation. If you fail to file a motion to reopen within fifteen (15) days of the date you are served with this notice, you will be considered to have waived any opportunity to contest removal to that country, and the INS will proceed with your removal. The INS may extend the fifteen (15) day time period for good cause.

Sincerely,

Name _____  Title _____

Alien's Name _____  Alien's A-Number _____

- I hereby certify that I served this notice on the above-named alien.

_____  _____
(Signature)  (Date)

_____  _____
(Name)  (Title)

- I have read this notice to the above-named alien in the _____ language, which the alien understands.

_____  _____
(Signature)  (Date)

_____  _____
(Name)  (Title)

- I hereby certify that I served this notice on the attorney or personal representative of record, if any, of the above-named alien.
  Attorney's/Representative's Name: _____

  Method of Service *(Check one):*
  ☐ By personal delivery
  ☐ By fax
  ☐ By first class mail

_____  _____
(Signature)  (Date)

_____  _____
(Name)  (Title)

**Alien's Acknowledgment of Service**

- I have been personally served with the attached Notice to Alien of Removal to Other than Designated Country and have been read this Notice in the _____ language, which I understand.

_____  _____
(Signature)  (Date)

## Certificate of Service

Alien's Name _____   Alien's A-Number _____

- I hereby certify that I served this notice on the above-named alien.

_____   _____
(Signature)                 (Date)

_____   _____
(Name)                      (Title)

- I have read this notice to the above-named alien in the _____ language, which the alien understands.

_____   _____
(Signature)                 (Date)

_____   _____
(Name)                      (Title)

- I hereby certify that I served this notice on the attorney or personal representative of record, if any, of the above-named alien. Attorney's/Representative's Name: _____

Method of Service *(Check one)*:
☐ By personal delivery
☐ By fax
☐ By first class mail

_____   _____
(Signature)                 (Date)

_____   _____
(Name)                      (Title)

## Alien's Acknowledgment of Service

- I have been personally served with the attached Notice to Alien of Removal to Other than Designated Country and have been read this Notice in the _____ language, which I understand.

_____   _____
(Signature)                 (Date)

## Certificate of Service

Alien's Name _____   Alien's A-Number _____

- I hereby certify that I served this notice on the above-named alien.

_____   _____
(Signature)                        (Date)

_____   _____
(Name)                             (Title)

- I have read this notice to the above-named alien in the _____ language, which the alien understands.

_____   _____
(Signature)                        (Date)

_____   _____
(Name)                             (Title)

- I hereby certify that I served this notice on the attorney or personal representative of record, if any, of the above-named alien.
  Attorney's/Representative's Name: _____

  Method of Service *(Check one):*  ☐ By personal delivery
  ☐ By fax
  ☐ By first class mail

_____   _____
(Signature)                        (Date)

_____   _____
(Name)                             (Title)

## Alien's Acknowledgment of Service

- I have been personally served with the attached Notice to Alien of Removal to Other than Designated Country and have been read this Notice in the _____ language, which I understand.

_____   _____
(Signature)                        (Date)