# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>Defendants. | Case No. 25-cv-10676<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO APPEAR UNDER PSEUDONYMS** |

The Court has considered Plaintiffs' Motion for Leave to Appear Under Pseudonyms and the motion is GRANTED. Accordingly, it is ORDERED that:

1. Plaintiffs are granted leave to proceed in this matter under pseudonyms; and

2. The parties shall submit pleadings, briefing and evidence using Plaintiffs' initials instead of their real names and other personally identifying information.

IT IS FURTHER ORDERED that, because this motion was granted prior to service on Defendants, the Court will allow Defendants to seek reconsideration if they wish to oppose this Order within 30 days of the date of service on the U.S. Attorney's Office for the District of Massachusetts.

Signed on this \_\_\_\_ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE