UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676 <br><br> **[PROPOSED] ORDER GRANTING CLASS CERTIFICATION** |

Upon consideration of Plaintiffs' Motion for Class Certification, as well as the supporting memorandum of reasons and exhibits, this Court finds that Plaintiffs have satisfied the requirements for class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(2). Specifically, Plaintiffs have demonstrated that (1) members of the proposed class are so numerous that joinder is impracticable; (2) there are questions of law and fact common to the proposed class; (3) the claims of the Plaintiffs are typical of the claims of the class members; and (4) Plaintiffs and their counsel, as representatives of the class, will fairly and adequately protect all class members' interests. Additionally, this Court finds that Defendants have acted on grounds generally applicable to class members, thereby making appropriate final declaratory relief and vacatur as to the class as a whole.

Considering the above, this Court certifies the following class:

All individuals who have a final removal order issued in proceedings under Section 240, 241(a)(5), or 238(b) of the INA (including withholding-only proceedings) whom DHS has deported or will deport on or after February 18,

1

2025, to a country (a) not previously designated as the country or alternative country of removal, and (b) not identified in writing in the prior proceedings as a country to which the individual would be removed.

The Court appoints Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. as class representatives of the provisional class, and attorneys Trina Realmuto, Kristin Macleod-Ball, Mary Kenney, and Tomás Arango of the National Immigration Litigation Alliance, Matt Adams, Leila Kang, Aaron Korthuis, and Glenda M. Aldana Madrid of the Northwest Immigrant Rights Project, and Anwen Hughes of Human Rights First, as class counsel.

Signed on this \_\_\_\_ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE