UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 25-cv-10676 |

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,
PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION AND STAY OF ADMINISTRATIVE ACTION,
AND
PLAINTIFFS' MOTION FOR LEAVE TO APPEAR UNDER PSEUDONYMS**

| Exhibit | Description |
|---|---|
| A | Declaration of Plaintiff D.V.D. |
| B | Declaration of Plaintiff M.M. |
| C | Declaration of Plaintiff E.F.D. |
| D | Declaration of Plaintiff O.C.G. |
| E | Declaration of Trina Realmuto |
| F | Declaration of Matt Adams |
| G | Declaration of Anwen Hughes |
| H | Declaration of Tiffany Wang |
| I | Declaration of Marie Vincent |
| J | Declaration of Ian Austin Rose |
| K | Declaration of Laura Jones |
| L | Declaration of Leslie Parra |
| M | Declaration of Daniela Hernández Chong Cuy |
| N | Declaration of Zoey Jones |
| O | Declaration of Danielle Strandburg-Peshkin |
| P | Declaration of Denise Acevedo Perez |
| Q | Declaration of Laura Belous |
| R | Declaration of Melissa Chua |
| S | Declaration of Patrick Taurel |
| T | Declaration of Ambreen Walji |
| U | Declaration of Deborah Lee |
| V | Declaration of Elyssa N. Williams |
| W | Declaration of Guadalupe Perez |
| X | Declaration of Paul O'Dwyer |