# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676 <br><br> **MOTION FOR ADMISSIONS** *PRO HAC VICE* |

Pursuant to L.R. 83.5.3, Plaintiffs D.V.D., M.M., E.F.D., and O.C.G., through undersigned counsel, move for the pro hac vice admissions of attorneys Trina Realmuto, Kristin Macleod-Ball, and Mary Kenney of the National Immigration Litigation Alliance. In support, Plaintiffs submit the declarations of Trina Realmuto, Mary Kenney, and Kristin Macleod-Ball (Exhibits A-C). The declarations certify that the declarants are members in good standing of the bars in each jurisdiction in which they are admitted, are not the subject of any disciplinary proceedings, have never previously had a *pro hac vice* admission to this Court revoked for misconduct, and have read and agree to comply with this Court's local rules. *See* L.R. 83.5.3(b), (e)(3).

Respectfully submitted,

 *s/ Tomas Arango*
Tomas Arango
NATIONAL IMMIGRATION
  LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446

1

(617) 819-4649
tomas@immigrationlitigation.org

Dated: March 23, 2025