# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676 |

## DECLARATION OF TRINA REALMUTO

I, Trina Realmuto, certify the following in support of my request for admission pro hac vice in the above-captioned matter:

1. I am the Executive Director of the National Immigration Litigation Alliance. I am one of the attorneys for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. in the above-captioned case.

2. I am admitted to the bars of New York and California. I also am admitted to practice before the U.S. District Courts for the Southern, Eastern, and Northern Districts of New York; the U.S. District Courts for the Northern, Southern, Eastern and Central Districts of California; the U.S. District Court for the District of Connecticut; the U.S. District Court for the District of Vermont; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court.

3. I am a member in good standing of every jurisdiction in which I have been admitted to practice.

4. I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I have never had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 23, 2025, in Brookline, Massachusetts.

 *s/ Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
trina@immigrationlitigation.org
 (617) 819-4649