UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>    Defendants. | Case No. 25-cv-10676 |

**DECLARATION OF MARY KENNEY**

I, Mary Kenney, certify the following in support of my request for admission pro hac vice in the above-captioned matter:

1. I am the Deputy Director of the National Immigration Litigation Alliance. I am one of the attorneys for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. in the above-captioned case.

2. I am admitted to the bars of the District of Columbia and West Virginia (inactive status). I also am admitted to practice before the U.S. District Courts for the District of Columbia, the Eastern District of Wisconsin, and the Northern District of Texas. I also am admitted to the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, as well as to the U.S. Supreme Court.

3. I am a member in good standing of every jurisdiction in which I have been admitted to practice.

1

4.      I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5.      I have never had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 23, 2025, in Baltimore, Maryland.

 *s/ Mary Kenney*
Mary Kenney
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4681
mary@immigrationlitigation.org