UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>Defendants. | Case No. 25-cv-10676<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSIONS PRO HAC VICE** |

UPON CONSIDERATION of Plaintiffs' Motion for Admissions *Pro Hac Vice* the Court HEREBY ORDERS that the motion is GRANTED and that Trina Realmuto, Kristin Macleod-Ball, and Mary Kenney are hereby admitted *pro hac vice* in the above-captioned matter.

Signed on this \_\_\_\_ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE