# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676 <br><br> **MOTION FOR ADMISSIONS** *PRO HAC VICE* |

Pursuant to L.R. 83.5.3, Plaintiffs D.V.D., M.M., E.F.D., and O.C.G., through undersigned counsel, move for the pro hac vice admissions of attorneys Matt Adams, Leila Kang, Aaron Korthuis, and Glenda M. Aldana Madrid of the Northwest Immigrant Rights Project and Anwen Hughes of Human Rights First. In support, Plaintiffs submit the declarations of Matt Adams, Leila Kang, Aaron Korthuis, Glenda M. Aldana Madrid, and Anwen Hughes (Exhibits A-E). The declarations certify that the declarants are members in good standing of the bars in each jurisdiction in which they are admitted, are not the subject of any disciplinary proceedings, have never previously had a *pro hac vice* admission to this Court revoked for misconduct, and have read and agree to comply with this Court's local rules. *See* L.R. 83.5.3(b), (e)(3).

Respectfully submitted,

 *s/ Tomas Arango*
Tomas Arango
NATIONAL IMMIGRATION
  LITIGATION ALLIANCE

10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4649
tomas@immigrationlitigation.org

Dated: March 23, 2025