# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., | |
| Plaintiffs, | Case No. 25-cv-10676 |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, | |
| Defendants. | |

## DECLARATION OF GLENDA M. ALDANA MADRID

I, Glenda M. Aldana Madrid, certify the following in support of my request for admission pro hac vice in the above-captioned matter:

1.  I am a staff attorney with the litigation unit at the Northwest Immigrant Rights Project. I am one of the attorneys for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. in the above-captioned case.

2.  I am admitted to the bar of the State of Washington. I am also admitted to practice before the U.S. District Courts for the Western and Eastern Districts of Washington, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

3.  I am a member in good standing of every jurisdiction in which I have been admitted to practice.

4.  I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

1

5.      I have never had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 20, 2025, in Seattle, WA,

 s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
206-957-8646
glenda@nwirp.org