UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>      Defendants. | Case No. 25-cv-10676 |

## DECLARATION OF ANWEN HUGHES

I, Anwen Hughes, certify the following in support of my request for admission pro hac vice in the above-captioned matter:

      1.      I am the Director of Legal Strategy for Human Rights First's refugee programs. I am one of the attorneys for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. in the above-captioned case.

      2.      I am admitted to the New Jersey bar. I am admitted to practice before the courts of the State of New Jersey; the United States District Courts for the District of New Jersey and the Eastern District of Wisconsin; and the United States Court of Appeals for the Third Circuit.

      3.      I am a member in good standing of every jurisdiction in which I have been admitted to practice.

      4.      I am not the subject of any disciplinary proceedings pending in any jurisdiction in

1

which I am a member of the bar.

5. I have never had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 23, 2025, in Jackson Heights, New York.

*s/ Anwen Hughes*
Anwen Hughes
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org