# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>     Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY;<br>Kristi NOEM, Secretary, U.S. Department of<br>Homeland Security, in her official capacity; Pamela<br>BONDI, U.S. Attorney General, in her official<br>capacity; and Antone MONIZ, Superintendent,<br>Plymouth County Correctional Facility, in his official<br>capacity,<br><br>     Defendants. | Case No. 25-cv-10676<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO APPEAR UNDER PSEUDONYMS** |

The Court has considered Plaintiffs' Motion for Leave to Appear Under Pseudonyms and the motion is GRANTED. Accordingly, it is ORDERED that:

1. Plaintiffs are granted leave to proceed in this matter under pseudonyms; and

2. The parties shall submit pleadings, briefing and evidence using Plaintiffs' initials instead of their real names and other personally identifying information.

3. The attorney for the plaintiffs are instructed to file a motion under seal with the names of the plaintiffs so the Government can comply with the Court's order.

IT IS FURTHER ORDERED that, because this motion was granted prior to service on Defendants, the Court will allow Defendants to seek reconsideration if they wish to oppose this Order within 30 days of the date of service on the U.S. Attorney's Office for the District of Massachusetts.

          ___/s/ Brian E. Murphy_____
          UNITED STATES DISTRICT JUDGE

Signed on this _23rd_ day of March 2025.