UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 1:25-cv-10676-BEM |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. and the proposed.

Respectfully submitted,

*s/ Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Dated: March 24, 2025

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 24, 2025          By:     *s/ Trina Realmuto*
                                       Trina Realmuto