# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| D.V.D. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-10676 |
| Department of Homeland Security, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 03/24/2025

/s/ Mary L. Larakers
*Attorney's signature*

Mary Larakers TX Bar: 24093943
*Printed name and bar number*

P.O. Box 868
Ben Franklin Station
Washington, DC 20044
*Address*

mary.l.larakers@usdoj.gov
*E-mail address*

(202) 353-4419
*Telephone number*

(202) 353-7000
*FAX number*