# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>Defendants. | Case No. 1:25-cv-10676-BEM |

## AFFIDAVIT OF SERVICE

I, Trina Realmuto, hereby declare that pursuant to Federal Rule of Civil Procedure 4(i), I caused the following documents in the above-captioned case to be served:

- Class Action Complaint, Attachments, Civil Cover Sheet, and Category Form;
- Motion for Leave to Appear Under Pseudonym, Memorandum of Law, and Proposed Order;
- Motion for Class Certification, Memorandum of Law, and Proposed Order;
- Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Stay of Administrative Action, Memorandum of Law, and Proposed Order;
- Index of Exhibits and Exhibits A-X;
- Pro hac vice motions, proposed orders, and supporting declarations; and
- Orders of the Court, Dkts. 12 and 13.

I caused the aforementioned documents to be served on the U.S. Attorney's Office for the District of Massachusetts by personal delivery by co-counsel, Anwen Hughes, on March 24, 2025. *See* Exhibit A (filed-stamped copies of select documents served, including the cover pages of the Complaint, Civil Cover Sheet, Court Orders (Dkts. 12 and 13).

Also on March 24, 2025, I caused the aforementioned documents, as well as Conformed

1

Summonses, to be mailed by overnight mail to the following addresses:

| | |
|---|---|
| Pam Bondi, U.S. Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Antone Moniz, Superintendent<br>Plymouth County Correctional Facility<br>26 Long Pond Road<br>Plymouth, MA 02360 |
| U.S. Department of Homeland Security<br>Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, D.C. 20528-0485 | Kristi Noem, Secretary of U.S. Department of Homeland Security<br>U.S. Department of Homeland Security<br>Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, D.C. 20528-0485 |

*See* Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of March 2025, at Brookline, Massachusetts.

Respectfully submitted,

/s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
trina@immigrationlitigation.org

Dated: March 24, 2025