| | |
|---|---|
| D.V.D; M.M.; E.F.D.; and O.C.G.,<br><br>           Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, U.S. Attorney General, in her official capacity; and ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>           Defendants. | Civil Action No. 1:25-CV-10676-BEM |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: March 25, 2025      By:     /s/*Mark Sauter*
                                          Mark Sauter
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          Tel.: 617-748-3347
                                          Email: mark.sauter@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: March 25, 2025            By:    <u>/s/*Mark Sauter*</u>
                                            Mark Sauter
                                            Assistant United States Attorney