# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; PAMELA BONDI, U.S. Attorney General, in her official capacity; and ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 1:25-CV-10676-BEM |

## DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Defendants, by their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby move for an extension of time to 12:00 Midnight on March 25, 2025, within which to respond to Plaintiffs' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction, and Motion to Stay Administrative Action. Doc. No. 6.

Defendants assert good cause exists pursuant to Fed. R. Civ. Pro 6(b)(1)(A) for an extension of time to provide its response. The Court ordered Defendants to "answer or respond to the petition" by March 25, 2025. Doc. No. 12. Defendants understand this Order to refer to a response to Plaintiffs' Emergency Motion for Temporary Restraining Order and Motion for

Preliminary Injunction, and Motion to Stay Administrative Action. Doc. No. 6.[1] Per local rule 5.4(d), such response is due by 6:00 p.m.

This is Defendants' first request for an extension of time to respond to a filing in this matter and Plaintiffs assent to this request. The requested additional time is necessary to allow coordination between the federal agencies and parties involved in this matter and the extension of the Court's deadline for a response to Plaintiffs' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction, and Motion to Stay Administrative Action will not prejudice Plaintiffs in this matter.

WHEREFORE, Defendants move this Court for an extension of time of time to 12:00 Midnight on March 25, 2025 within which to respond to Plaintiffs' Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction, and Motion to Stay Administrative Action. Doc. No. 6.

Respectfully submitted,

LEAH FOLEY
United States Attorney

Dated: March 25, 2025      By:      /s/ *Mark Sauter*
                                    MARK SAUTER
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    Tel.: 617-748-3347
                                    Email: mark.sauter@usdoj.gov

---

[1] The undersigned sought clarification from the Court's courtroom clerk on March 24, 2025 as to the expected response contemplated by the Court's Service Order.

## LOCAL RULE 7.1 CERTIFICATION

       I, Mark Sauter, Assistant United States Attorney, hereby certify that Plaintiffs' counsel has been contacted as to the relief sought in this motion and assents to the relief requested.

| | | |
|---|---|---|
| Dated: March 25, 2025 | By: | /s/ *Mark Sauter* |
| | | MARK SAUTER |
| | | Assistant United States Attorney |

## CERTIFICATE OF SERVICE

       I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

| | | |
|---|---|---|
| Dated: March 25, 2025 | By: | /s/ *Mark Sauter* |
| | | MARK SAUTER |
| | | Assistant United States Attorney |