# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>      Defendants. | Case No. 1:25-cv-10676-BEM |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G.

Respectfully submitted,

*s/ Anwen Hughes*
Anwen Hughes
Human Rights First
75 Broad St., 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

Dated: March 25, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 25, 2025            By:    *s/ Anwen Hughes*
                                                          Anwen Hughes