# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>        Defendants. | Case No. 1:25-cv-10676-BEM |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G.

Respectfully submitted,

*s/ Glenda M. Aldana Madrid*
Glenda M. Aldana Madrid, WSBA No. 46987
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 957-8646
glenda@nwirp.org

Dated: March 25, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 25, 2025    By:    *s/ Glenda M. Aldana Madrid*
                                                            Glenda M. Aldana Madrid