UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 1:25-cv-10676-BEM |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for Plaintiffs D.V.D., M.M., E.F.D., and O.C.G.


Respectfully submitted,

*s/ Aaron Korthuis*
Aaron Korthuis, WSBA No. 53974
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
(206) 816-3872
aaron@nwirp.org

Dated: March 25, 2025

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 25, 2025　　　　　　By:　*s/ Aaron Korthuis*
　　　　　　　　　　　　　　　　　　　Aaron Korthuis
　　　　　　　　　　　　　　　　　　　Northwest Immigrant Rights Project
　　　　　　　　　　　　　　　　　　　615 Second Ave., Ste. 400
　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　(206) 816-3872
　　　　　　　　　　　　　　　　　　　aaron@nwirp.org