UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| D.V.D., *et al.*, | ) | |
| | ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | No. 1:25-cv-10676-BEM |
| v. | ) ) ) | |
| U.S. Department of Homeland Security, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT**

i

## **NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT**

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's temporary restraining order (ECF No. 34) entered in this action on March 28, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

AYSHA IQBAL
DANIEL CAPPELLETTI
Trial Attorneys

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 28, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel