UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: D.V.D. et al v. U.S. Department of Homeland Security et al

District Court Number: 25cv10676-BEM

Fee: Paid? Yes ____ No ____ Government filer _X_ *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes _X_  No ____
*If yes, document #*  4,6

Sealed documents  Yes _X_  No ____
*If yes, document #*  17

*Ex parte* documents  Yes ____  No _X_
*If yes, document #*

Transcripts  Yes ____  No _X_
*If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

### #34 Temporary Restraining Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #34 and #35

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __35__ filed on March 28, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 28, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**