# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| D.V.D., et al., *Plaintiff* | ) ) |
| v. | ) Case No. 1:25-cv-10676-BEM |
| U.S. Department of Homeland Security, et al., *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 03/29/2025

/s/ Matthew P. Seamon
*Attorney's signature*

Matthew P. Seamon (CA Bar # 309249)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation-District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20001
*Address*

Matthew.Seamon2@usdoj.gov
*E-mail address*

(202) 598-2648
*Telephone number*

(202) 305-7000
*FAX number*