UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:25-cv-10676-BEM <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL STAY OF THE TEMPORARY RESTRAINING ORDER** |

Upon consideration of Defendants' Motion for Partial Stay of the Temporary Restraining Order (ECF No. 36), and for good cause shown, the Court hereby GRANTS Defendants' Motion. Section 2.b. of the Court's Order (ECF No. 34) is hereby STAYED pending appeal.

DATED: March _____, 2025

                                                            _____
                                                            Hon. Brian E. Murphy
                                                            UNITED STATES DISTRICT JUDGE