

**Receipt 1 (top left):**
U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only
Naval Anacost Annex, DC 20373
Certified Mail Fee: $4.85
Postage: $12.65
Total Postage and Fees: $17.50
Date: 03/25/2025
Sent To: U.S. Dep't of Homeland Security, Office of the General Counsel
Street: 245 Murray Lane, SW Mail Stop 0485
City, State, ZIP+4: Washington, D.C. 20373-0485
Tracking: 9589 0710 5270 1406 7231 25

**Receipt 2 (top right):**
U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only
Naval Anacost Annex, DC 20373
Certified Mail Fee: $4.85
Postage: $12.65
Total Postage and Fees: $17.50
Date: 03/25/2025
Sent To: Kristi Noem, Secretary, U.S. Dep't of Homeland Security
Street: 245 Murray Lane, SW
City, State, ZIP+4: Washington, D.C. 20373-0485
Tracking: 9589 0710 5270 1406 7231 10

**Receipt 3 (bottom left):**
U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only
Plymouth, MA 02360
Certified Mail Fee: $4.85
Postage: $10.50
Total Postage and Fees: $15.35
Date: 03/25/2025
Sent To: Antone Moniz, Superintendent, Plymouth Cty. Corr. Facility
Street: 26 Long Pond Rd.
City, State, ZIP+4: Plymouth, MA 02360
Tracking: 9589 0710 5270 1406 7231 18

**Receipt 4 (bottom right):**
U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only
Washington, DC 20530
Certified Mail Fee: $4.85
Postage: $12.65
Total Postage and Fees: $17.50
Date: 03/25/2025
Sent To: Pamela Bondi, U.S. Atty. General, U.S. Dep't of Justice
Street: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, D.C. 20530-0001
Tracking: 9589 0710 5270 1406 7231 49

EXHIBIT A