# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052701406723101

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item was delivered to an individual at the address at 7:32 am on March 27, 2025 in WASHINGTON, DC 20528.

**Delivered**
**Delivered, Left with Individual**
WASHINGTON, DC 20528
March 27, 2025, 7:32 am

See All Tracking History

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates       ⌄



**EXHIBIT C**

## USPS Tracking Plus®

## Product Information

See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**