# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 9589071052701406723118

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item has been delivered to an agent and left with an individual at the address at 11:30 am on March 27, 2025 in PLYMOUTH, MA 02360.

### Delivered to Agent

**Delivered to Agent, Left with Individual**

PLYMOUTH, MA 02360
March 27, 2025, 11:30 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

### Get More Out of USPS Tracking:

USPS Tracking Plus®

---

### Text & Email Updates    ⌄

---

**EXHIBIT D**

## USPS Tracking Plus®

## Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs