# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052701406723149

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item was picked up at a postal facility at 5:19 am on March 28, 2025 in WASHINGTON, DC 20530.

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
March 28, 2025, 5:19 am

See All Tracking History

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

Text & Email Updates   ⌄

---

**EXHIBIT E**

## USPS Tracking Plus®

## Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs