AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| D.V.D., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10676-BEM |
| U.S. Department of Homeland Security, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 04/01/2025

/s/Elianis N. Perez
*Attorney's signature*

Elianis N. Perez D.C. 983176
*Printed name and bar number*
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Address*

elianis.perez@usdoj.gov
*E-mail address*

(202) 616-9124
*Telephone number*

(202) 305-7000
*FAX number*

## **CERTIFICATE OF SERVICE**

      I, Elianis N. Perez, Assistant Director, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |
|---|---|
|  | /s/ *Elianis N. Perez* |
|  | ELIANIS N. PEREZ |
| Dated: April 1, 2025 | Assistant Director |