# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 25-cv-10676 |

## INDEX OF EXHIBITS IN SUPPORT OF
## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1

| Exhibit | Description |
|---------|-------------|
| A | Marco Rubio (@SecRubio), X (Mar. 31, 2025, 8:25 AM), https://x.com/SecRubio/status/1906684174020284784 |
| B | Nayib Bukele (@nayibbukele), X (Mar. 31, 2025, 9:42 AM), https://x.com/nayibbukele/status/1906703745158660177 |
| C | Declaration of Robert L. Cerna, Acting Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, *J.G.G. v. Trump*, No. 1-25-cv-00766-JEB, ECF 28-1 (D.D.C. Mar. 18, 2025) |
| D | U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2023: El Salvador (Apr. 2024) |
| E | U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2023: Mexico (Apr. 2024) |
| F | U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2023: Honduras (Apr. 2024) |
| G | U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2023: Libya (Apr. 2024) |
| H | U.S. Department of State, Bureau of Democracy, Human Rights and Labor, Country Reports on Human Rights Practices for 2023: Rwanda (Apr. 2024) |
| I | *Diplomatic Assurances and Rendition to Torture: The Perspective of the Statement Department's Legal Advisor Before the House Foreign Affairs Subcommittee on International Organizations, Human Rights, and Oversight*, 110th Cong. 192 (2008) (statement of John B. Bellinger, III, Legal Advisor to the U.S. Secretary of State) |
| J | Defendants' Memorandum of Law in Opposition to Plaintiffs' Emergency Motion for Temporary Restraining Order, *Abrego Garcia v. Noem*, No. 8:25-cv-00951-PX, ECF 11 (D. Md. Mar. 31, 2025) |
| K | Emails between Plaintiffs' Counsel and Defendants' Counsel (Mar. 31, 2025 4:10 PM; Mar. 31, 2025 4:19 PM; Apr. 1, 2025 4:48 PM; Apr. 2, 2025 7:35 PM) |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ <u>*Trina Realmuto*</u>
Trina Realmuto
National Immigration Litigation Alliance

Dated: April 4, 2025