

Post



**Secretary Marco Rubio** ✓
@SecRubio

Last night, in a successful counter-terrorism operation with our allies in El Salvador, the United States military transferred a group of 17 violent criminals from the Tren de Aragua and MS-13 organizations, including murderers and rapists.

In order to keep the American people safe, @POTUS designated the Tren de Aragua and MS-13 as Foreign Terrorist Organizations. These criminals will no longer terrorize our communities and citizens.

Once again, we extend our gratitude to @nayibbukele and the government of El Salvador for their unparalleled partnership in making our countries safe against transnational crime and terrorism.

8:25 AM · Mar 31, 2025 · **1.6M** Views

💬 3.2K          🔁 11K          ♥ 59K          🔖 628          ⬆️

💬 Read 3.2K replies



**New to X?**

Sign up now to get your own personalized timeline!

[G] Sign up with Google

[🍎] Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in          **Sign up**

EXHIBIT A