

Settings

Post

← 

↻ **Secretary Marco Rubio reposted**

**Nayib Bukele** ✓
@nayibbukele

Last night, in a joint military operation with our allies from the United States, we transferred 17 extremely dangerous criminals linked to Tren de Aragua and MS-13.

All individuals are confirmed murderers and high-profile offenders, including six child rapists.

This operation is another step in the fight against terrorism and organized crime.



9:42 AM · Mar 31, 2025 · **64M** Views

💬 8.9K   ↻ 31K   ♡ 152K   🔖 8.3K   ↗

Read 8.9K replies

**New to X?**
Sign up now to get you...

Sign u...
Sign u...
Creat...

By signing up, you agre...
Privacy Policy, includi...

Something we...

Terms of Service   Priv...
Accessibility   Ads inf...

**Don't miss what's happening**
People on X are the first to know.

Log in

EXHIBIT B



Settings

New to X?

Sign up now to get you



Sign

Creat

By signing up, you agre
Privacy Policy, includir

Something we

Terms of Service   Priv
Accessibility   Ads inf

Don't miss what's happening   Log in
People on X are the first to know.