March 30, 2025

U.S. District Court Judge Brian E. Murphy

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Judge Murphy:

Once again, I am frustrated and disheartened at the lack of reverence and respect to the "WILL OF THE AMERICAN PEOPLE" aka Democracy by a judicial system one assumes is in place to protect and implement the "WILL OF THE AMERCIAN PEOPLE".

Every time a Democrat judge sells his/her soul to the Democrat political machine, it subverts and perverts everything on which the country was founded and brings us closer to the destruction of the most special unique, and most powerful country int the world, so a relative few can seize power they are not entitled to, and do not deserve.  It is as if the Democrat party has declared war on the American people.

Those sent to El Salvador are foreign terrorist combatants, and an arm of the Venezuelan government sent here and to 45 other countries to destroy the current governments' and turn them into another 3rd world hell hole run by cartels and terrorists, and you/other judges and the Democrats are supporting this takeover.  References below.

**"The Tren de Aragua (TdA) represents a criminal system that was honed and perfected inside Venezuelan prison walls then exported throughout the Western Hemisphere.** "With a documented presence in no fewer than 20 U.S. states, the TdA is terrorizing urban and suburban communities throughout America. For the Venezuelan regime, the TdA is a tool of asymmetric warfare to destabilize countries while maintaining plausible deniability."

Center for a Secure Free Society:  https://www.securefreesociety.org/research_expert/joseph-m-humire/

ABC News: El Salvador deportations are exactly in accordance with Federal law: Border Czar:  https://www.youtube.com/watch?v=p6V9Q9ngyTA

Maria Bartiromo Sunday Morning Futures 2-16-25 Skip to 22.55 for interview with Tom Homan, arrests, and Cartels are operating in 46 countries including the US

Colleen Ziegler

Ms. Colleen Ziegler
145 NW 2nd St
Oak Island, NC 28465

US District Court f Judge
Brian Murphy
John Joseph Moakley US Courthouse
1 Courthouse Way Suite 2300
Boston MA 02210

FILED
IN CLERKS OFFICE
2025 APR -7 PM 12:26
US DISTRICT COURT
DISTRICT OF MASS.

RALEIGH NC 275
Research Triangle Region
2 APR 2025 PM 6 L

USMS SCREENED