UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>    Defendants. | Civil Action No. 25-cv-10676 |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| A | *Guerra-Castaneda v. Garland*, No. 19-1736, ECF 00117489280 (1st Cir. Sept. 14, 2019) and *Guerra-Castaneda v. Garland*, No. 19-1736, ECF 00117491683 (1st Cir. Sept. 19, 2019) |
| B | *Paye v. Garland*, No. 23-1426, ECF 00118167762 (1st Cir. July 17, 2024) |
| C | *W.G.A. v. Sessions*, No. 16-4193, ECF 65 (7th Cir. Mar. 19, 2018) |
| D | *Herrera-Meza v. Sessions*, No. 18-70117, ECF 17 (9th Cir. Sept. 18, 2018) |
| E | *Rodriguez Sutuc v. Att'y Gen.*, No. 15-2425, Dkt. 003111996172 (3d Cir. June 19, 2015) |
| F | *H.I.L. v. Barr*, No. 19-3053, ECF 25 (2d Cir. Oct. 2, 2019) |
| G | *Ramirez-Chavez v. Holder*, No. 11-72297, ECF 18 (9th Cir. Apr. 10, 2012) |
| H | *Singh v. Att'y Gen.*, No. 15-10136 (11th Cir. July 2, 2015) |
| I | Declaration of Paige Austin |
| J | Declaration of Aimee L. Mayer-Salins |
| K | Declaration of Kelsey Morales |
| L | Declaration of Katherine Gordon and attachment |
| M | Declaration of Mich P. Gonzalez and attachment |
| N | Declaration of Zoe Bowman |
| O | Declaration of Kathleen Malia Glynn |
| P | Declaration of Michelle Brané |
| Q | *Turnbull v. Ridge*, No. 1:04-cv-392 (E.D. Ohio Apr. 22, 2004) |