# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 19, 2018

Before

DIANE S. SYKES, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
JOHN Z. LEE, *District Judge*\*

| | |
|---|---|
| No. 16-4193 | W.G.A., Petitioner<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, Respondent |
| **Originating Case Information:** | |
| Agency Case No: A000-000-000<br>Board of Immigration Appeals | |

The following are before the court:

    1. **MOTION FOR STAY OF REMOVAL**, filed on March 15, 2018, by counsel for the petitioner.
    2. **RESPONDENT'S NON-OPPOSITION TO PETITIONER'S MOTION FOR A STAY OF REMOVAL**, filed on March 16, 2018, by counsel for the respondent.

    **IT IS ORDERED** that the motion is **GRANTED**. Petitioner W.G.A.'s removal is **STAYED** effective on his reentry to the United States pending resolution of his petition for review.

_____
\*Of the Northern District of Illinois, sitting by designation.

form name: **c7_Order_3J**(form ID: **177**)

<span style="color:red">EXHIBIT C</span>