UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESUS EDUARDO HERRERA-MEZA, | No. 18-70117 |
| Petitioner, | Agency No. A072-153-846 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | ORDER |
| Respondent. | |

Before: THOMAS, Chief Judge, W. FLETCHER and CALLAHAN, Circuit Judges.

The motion to file a late motion for reconsideration (Docket Entry No. 13) is granted. The motion for reconsideration of this court's May 23, 2018 order (Docket Entry No. 13) is granted. Accordingly, this court's May 23, 2018 order is withdrawn.

The motion for a stay of removal (Docket Entry No. 1) is granted. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962 (9th Cir. 2011).

Respondent is hereby directed to return petitioner to the United States under the same status he held prior to his removal. Respondent is further directed to provide a status update on petitioner's return within 14 days after the date of this order.

KAM/MOATT

**EXHIBIT D**

The previously established briefing schedule shall remain in effect.

Judge Callahan dissents.