UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 19, 2015
ECO-031-E

No. **15-2425**

Rodriguez Sutuc v. Attorney General
(A206-448-275)

Present: MCKEE, Chief Judge

1) Motion by Petitioners to Stay Removal

2) Response by Respondent in Opposition to Motion to Stay Removal

---

The Court would have granted Petitioners a stay of removal, but was informed that Petitioners were removed earlier today. The government is hereby ordered to use its best efforts to intercept Petitioners when they land tonight in Guatemala City and to return Petitioners to the United States immediately. If the government is unable to intercept Petitioners at the airport, they must locate Petitioners in Guatemala and return them to the United States as quickly as possible. Upon their return, Petitioners are granted a stay of removal pending disposition of their petition for review. If, upon contact, Petitioners inform the government that they do not want to return to the United States, the government shall secure a written memorialization to that effect - even if that writing is in Spanish.

By the Court,

s/ Theodore A. McKee
Chief Judge

Dated: June 19, 2015
JK/cc: Bridget Cambria, Esq.
       Bernard A. Joseph, Esq.

A True Copy:

Marcia M. Waldron, Clerk

EXHIBIT E