# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand nineteen.

Before:    Susan L. Carney,
              *Circuit Judge.*

---

H███ I███ L████████,

    Petitioner,

v.

William P. Barr, United States Attorney General

    Respondent.

---

**ORDER**

Docket No. 19-3053

    IT IS HEREBY ORDERED that the Respondent is ORDERED TO SHOW CAUSE why Petitioner was removed despite the filing of a motion for a stay of removal. Respondent is further ordered to inform the Court of Petitioner's current address, and to describe the efforts underway (as represented in the Government's letters dated September 27 and 30, 2019) to facilitate his return to the United States. The response is due within seven days of the date of this order, with updates on Petitioner's status to be filed thereafter at seven-day intervals.

    It is further ordered that Luis Mancheno, Immigration Law Unit, The Legal Aid Society, 199 Water St. 3rd Fl., New York, NY, 10038, is appointed as *pro bono* counsel for the limited purpose of representing Petitioner's interests until his return is effected.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



**EXHIBIT F**