UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676-BEM |

**PLAINTIFFS' SUBMISSION OF ADDITIONAL EXHIBIT IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs respectfully submit the attached declaration from Laura Belous, an attorney documenting the removal of a former client of her office in apparent violation of this Court's Temporary Restraining Order. ECF 34. The declaration is attached as Exhibit A. Plaintiffs received the declaration from Ms. Belous this evening at 8:12 p.m. ET and are filing it with the Court as expeditiously as possible under the circumstances, as additional support for their Motion for a Preliminary Injunction. ECF 57.

Respectfully submitted,

s/*Trina Realmuto*
Trina Realmuto*
Kristin Macleod-Ball*
Mary Kenney*
Tomás Arango
**NATIONAL IMMIGRATION LITIGATION ALLIANCE**
10 Griggs Terrace
Brookline, MA, 02446

Matt Adams*
Leila Kang*
Aaron Korthuis*
Glenda M. Aldana Madrid*
**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, WA 98104

| | |
|---|---|
| (617) 819-4447 | (206) 957-8611 |
| trina@immigrationlitigation.org | matt@nwirp.org |

Anwen Hughes*
**HUMAN RIGHTS FIRST**
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Attorneys for Plaintiffs*

\* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                                                       s/ *Trina Realmuto*
                                                                                                        Trina Realmuto
                                                                                                        National Immigration Litigation Alliance

Dated: April 9, 2025