UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:25-cv-10676-BEM <br><br> **[PROPOSED] ORDER GRANTING PROVISIONAL MOTION FOR STAY OF PRELIMINARY INJUNCTION** |

Upon consideration of Defendants' Provisional Motion for Stay of Preliminary Injunction (ECF No. 63), and for good cause shown, the Court hereby GRANTS Defendants' Motion. The Court's Preliminary Injunction Order is hereby STAYED pending appeal.

DATED: April _____, 2025

_____
Hon. Brian E. Murphy
UNITED STATES DISTRICT JUDGE

i