UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth Country Correctional Facility, in his official capacity,<br><br>Defendants. | Case No.1:25-cv-10676 |

**UNOPPOSED MOTION FOR REMOTE APPEARANCE**

Plaintiffs respectfully request that this Court permit undersigned counsel, Matt Adams, to appear remotely by video link for the status conference scheduled on Monday, April 28, 2025, at 11:00 AM. Counsel for Defendants do not oppose this request.

Undersigned counsel for Plaintiffs lives and works in Seattle, Washington, and is scheduled to provide a presentation to the community Sunday evening, April 27, 2025. As such, he is not able to travel the day before to appear in person at this hearing. For this reasons, Plaintiffs respectfully request that the Court grant this motion permitting Matt Adams to appear remotely for the status conference scheduled on April 28, 2025. Regardless, Plaintiffs' Counsel Trina Realmuto and Kristin Macleod-Ball will appear in-person at the hearing.

1

Respectfully submitted,                               Dated: April 21, 2025

s/*Matt Adams*
Matt Adams*                                           Trina Realmuto*
Leila Kang*                                           Kristin Macleod-Ball*
Aaron Korthuis*                                       Mary Kenney*
Glenda M. Aldana Madrid*                              Tomas Arango
**NORTHWEST IMMIGRANT**                               **NATIONAL IMMIGRATION**
   **RIGHTS PROJECT**                                    **LITIGATION ALLIANCE**
615 Second Avenue, Suite 400                          10 Griggs Terrace
Seattle, WA 98104                                     Brookline, MA, 02446
(206) 957-8611                                        (617) 819-4447
matt@nwirp.org                                        trina@immigrationlitigation.org

Anwen Hughes*
**HUMAN RIGHTS FIRST**
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Attorneys for Plaintiffs*

\*  *Admitted pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      *s/ Matt Adams*
                                                      Matt Adams
                                                      Northwest Immigrant Rights Project
                                                      Counsel for Plaintiffs

Dated:  April 21, 2025