UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br>  Plaintiffs, <br><br>  v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br>  Defendants. | Case No. 25-cv-10676-BEM |

**UNOPPOSED MOTION FOR REMOTE APPEARANCE**

Plaintiffs respectfully request that this Court permit two of their counsel, Anwen Hughes and Mary Kenney, to appear remotely by video link for the status conference scheduled on Monday, April 28, 2025, at 11:00 AM. Counsel for Defendants do not oppose this request.

Undersigned counsel is unable to appear in person in Boston on April 28 because her organization is moving into a new office in New York that morning and needs all staff on hand to unpack and set up the new space.  Mary Kenney meanwhile is in Baltimore and unable to travel to Boston for this status conference due to deadlines in another matter.   For these reasons, Plaintiffs respectfully request that the Court grant this motion permitting Anwen Hughes and Mary Kenney to appear remotely for the status conference scheduled for April 28, 2025. Plaintiffs' Counsel Trina Realmuto and  Kristin Macleod-Ball will appear in person at the hearing.

1

Respectfully submitted,                                Dated: April 24, 2025

s/ *Anwen Hughes*
Anwen Hughes*
**HUMAN RIGHTS FIRST**
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

| | |
|---|---|
| Trina Realmuto* | Matt Adams* |
| Kristin Macleod-Ball* | Leila Kang* |
| Mary Kenney* | Aaron Korthuis* |
| Tomás Arango | Glenda M. Aldana Madrid* |
| **National Immigration** | **Northwest Immigrant** |
| **Litigation Alliance** | **Rights Project** |
| 10 Griggs Terrace | 615 Second Avenue, Suite 400 |
| Brookline, MA, 02446 | Seattle, WA 98104 |
| (617) 819-4447 | (206) 957-8611 |
| trina@immigrationlitigation.org | matt@nwirp.org |

*Attorneys for Plaintiffs*

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                          s/ *Anwen Hughes*
                                                          Anwen Hughes
                                                          Human Rights First

Dated: April 24, 2025