AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| D.V.D. et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-10676 |
| Department of Homeland Security et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 04/25/2025

/s/ Jonathan Guynn
*Attorney's signature*

Jonathan Guynn
*Printed name and bar number*

P.O. Box 868
Ben Franklin Station
Washington, DC 20044

*Address*

jonathan.guynn@usdoj.gov
*E-mail address*

(202) 514-7835
*Telephone number*

(202) 353-7000
*FAX number*