**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 25cv10676-BEM
USCA Docket Number: (25-1311)(25-1393)

D.V.D.

v.

U.S. DEPARTMENT OF HOMELAND SECURITY ET AL

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF NO. 86 - ELECTRONIC ORDER - AMENDED PRELIMINARY INJUNCTION

**Other Documents:**

Sealed Records:

Document Numbers: 

*Ex parte* Records:

Document Numbers: 

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on APRIL 30, 2025.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals