UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676-BEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

THIS MATTER comes before the Court on Plaintiffs D.V.D., M.M., E.F.D., and O.C.G.'s Emergency Motion for a Temporary Restraining Order. Having considered the motion, the memorandum and exhibits in support thereof, and any subsequent submissions, and the applicable law, the Court ORDERS as follows:

1. Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

2. Defendants, and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ENJOINED and RESTRAINED from removing, and if necessary, ORDERED to immediately return from, any class members to Libya (and any other third country) until Defendants provide the Court and Class Counsel with evidence that Defendants have complied with all terms of the preliminary injunction, Dkt. Nos. 64 and 86, including but not limited to:

1

(a) written notices in the class members' native language (and written notice to immigration counsel, if any);

(b) written instructions on how to request and obtain a reasonable fear screening;

(c) written notice of reasonable fear determinations resulting from such screenings; and

(4) a fifteen-day window in which to file a motion to reopen with the immigration court if there is negative reasonable fear determination.

It is so ORDERED.

DATED this _____ day of May, 2025.

_____
U.S. DISTRICT JUDGE BRIAN E. MURPHY