# Trump Administration Plans to Send Migrants to Libya on a Military Flight

Human rights groups have called conditions in the country's network of migrant detention centers "horrific" and "deplorable."

 ▶ **Listen to this article · 5:52 min**  Learn more

   

**By Eric Schmitt, Hamed Aleaziz, Maggie Haberman and Michael Crowley**
Reporting from Washington

May 6, 2025

The Trump administration is planning to transport a group of immigrants to Libya on a U.S. military plane, according to U.S. officials, another sharp escalation in a deportation program that has sparked widespread legal challenges and intense political debate.

The nationalities of the migrants were not immediately clear, but a flight to Libya carrying the deportees could leave as soon as Wednesday, according to the officials, who spoke on the condition of anonymity because they were not authorized to discuss the operation.

The decision to send deportees to Libya was striking. The country is racked with conflict, and human rights groups have called conditions in its network of migrant detention centers "horrific" and "deplorable."

The Libya operation falls in line with the Trump administration's effort to not only deter migrants from trying to enter the country illegally but also to send a strong message to those in the country illegally that they can be deported to countries

**EXHIBIT A1**

where they could face brutal conditions. Reuters earlier reported the possibility of a U.S. deportation flight to Libya.

The planning for the flight to Libya has been tightly held, and could still be derailed by logistical, legal or diplomatic obstacles.

---

**What you should know.** The Times makes a careful decision any time it uses an anonymous source. The information the source supplies must be newsworthy and give readers genuine insight.

Learn more about our process.

---

The White House declined to comment. The State Department and Defense Department did not immediately respond to requests for comment.

The potential use of Libya as a destination comes after the administration set off an earlier furor by deporting a group of Venezuelans to El Salvador, where they are being held in a maximum-security prison designed for terrorists.

President Trump and his aides labeled those men violent gang members and cited a rarely used wartime law in their expulsions, a move that has been challenged in the courts.

The State Department warns against traveling to Libya "due to crime, terrorism, unexploded land mines, civil unrest, kidnapping and armed conflict." The country remains divided after years of civil war following the 2011 overthrow of its longtime dictator, Muammar Gaddafi. A United Nations-recognized government in Tripoli rules western Libya, and another in Benghazi, led by the warlord Khalifa Haftar, controls the east.

The United States has formal relations only with the Tripoli government. But Mr. Haftar's son, Saddam, was in Washington last week, and met with several Trump administration officials. Mr. Trump had friendly dealings in his first term with Mr. Haftar, who controls most of Libya's lucrative oil fields.

Case 1:25-cv-10676-BEM　Document 90-1　Filed 05/07/25　Page 3 of 91

A major transit point for Europe-bound migrants, Libya operates numerous detention facilities for refugees and migrants. Amnesty International branded those sites "horrific" and "a hellscape" in a 2021 report, which found evidence of "sexual violence, against men, women and children." The Global Detention Project says detained migrants in Libya endure "physical mistreatment and torture," forced labor and even slavery.

In its annual report on human rights practices last year, the State Department cited "harsh and life-threatening" conditions in Libya's detention centers and found that migrants in those facilities, including children, had "no access to immigration courts or due process."

Human rights groups say that European governments have been complicit in such treatment by working with Libya to intercept migrants bound for the continent and send them to the detention centers.

"I have been in those migrant prisons and it's no place for migrants," said Frederic Wehrey, a Libya expert at the Carnegie Endowment for International Peace. "It's just a horrific place to dump any vulnerable person."

Earlier this year, the Trump administration deported several hundred people to Panama from countries in the Eastern Hemisphere, including Iran and China. The migrants, who said they did not know where they were going, were detained in a hotel for several days before being taken to a camp near the jungle. Some of the migrants were later released from Panamanian custody.

Around the same time, U.S. officials also deported a group of around 200 migrants to Costa Rica from countries in the Eastern Hemisphere, including Iran. A lawsuit filed against the country argued that the deportations and subsequent detention in Costa Rica "could cause irreparable harm" for a group of children sent to the country.

After the United States struck a deal with El Salvador to take Venezuelan migrants and imprison them, Secretary of State Marco Rubio said he was working to secure similar agreements with additional nations.

5/7/25, 12:42 PM
Trump Administration Could Send Migrants to Libya on Military Flight - The New York Times
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 4 of 91

"I intend to continue to try and identify other countries willing to accept and jail as many gang members as we can send them," Mr. Rubio told The New York Times.

The planned use of a military plane for the flight to Libya comes after the Defense Department has assisted in transporting migrants to locations such as India, Guatemala and Ecuador.

In late March, Defense Department officials flew a group of Venezuelan migrants to El Salvador without any staff from the Department of Homeland Security on the plane, according to court records. The flight took off from Guantánamo Bay, Cuba, to El Salvador and included four Venezuelans. A government filing indicated that the Department of Homeland Security did not "direct" the plane to take off for El Salvador.

Zolan Kanno-Youngs contributed reporting.

**Eric Schmitt** is a national security correspondent for The Times, focusing on U.S. military affairs and counterterrorism issues overseas, topics he has reported on for more than three decades.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.

**Maggie Haberman** is a White House correspondent for The Times, reporting on President Trump.

**Michael Crowley** covers the State Department and U.S. foreign policy for The Times. He has reported from nearly three dozen countries and often travels with the secretary of state.

Learn more about  LSEG

 Reuters

My News  

# Exclusive: US may soon deport migrants to Libya on military flight, sources say

By **Phil Stewart**, **Idrees Ali** and **Humeyra Pamuk**

May 7, 2025 12:19 PM EDT · Updated 24 min ago

  



Venezuelan migrants arrive after being deported from the United States, at Simon Bolivar International Airport, in Maiquetia, Venezuela April 23, 2025. REUTERS/Leonardo Fernandez Viloria/File... Purchase Licensing Rights ↗ Read more

## Summary

U.S. may deport migrants to Libya despite past rights criticism, say sources

First deportation flights may leave Wednesday

U.S. seeks more deportation destinations

EXHIBIT A2

5/7/25, 12:44 PM        US may soon deport migrants to Libya on military flight, sources say | Reuters

WASHINGTON, May 6 (Reuters) - U.S. President Donald Trump's administration may deport migrants to Libya for the first time this week, three U.S. officials said on Tuesday, as part of his immigration crackdown and despite Washington's past condemnation of Libya's harsh treatment of detainees.

Two of the officials said the U.S. military could fly the migrants to the North African country as soon as Wednesday, but stressed that plans could change.

The Reuters Tariff Watch newsletter is your daily guide to the latest global trade and tariff news. Sign up here.

The Pentagon referred queries to the White House. The White House and Department of Homeland Security did not immediately respond to requests for comment.

A State Department spokesperson said: "We do not discuss the details of our diplomatic communications with other governments."

Reuters could not determine how many migrants would be sent to Libya or the nationalities of the individuals that the administration is eyeing for deportation.

Libya's Government of National Unity said on Wednesday it rejected the use of Libyan territory as a destination for deporting migrants without its knowledge or consent. It also said there was no coordination with the United States regarding the reception of migrants.

Khalifa Haftar's Libyan National Army, which controls eastern Libya, also rejected in a statement the idea of the country taking migrants deported from the United States, saying it "violates the sovereignty of the homeland".

Trump, who made immigration a major issue during his election campaign, has launched aggressive enforcement action since taking office, surging troops to the southern border and pledging to deport millions of immigrants in the United States illegally.

As of Monday, the Trump administration has deported 152,000 people, according to DHS.

The administration has tried to encourage migrants to leave voluntarily by threatening steep fines, trying to strip away legal status, and deporting migrants to notorious prisons in Guantanamo Bay and El Salvador.

## LIFE-THREATENING

In its annual human rights report released last year, the U.S. State Department criticized Libya's "harsh and life-threatening prison conditions" and "arbitrary arrest or detention."

In its travel advisory, the Department advises U.S. citizens against visiting the country due to "crime, civil unrest, kidnapping and armed conflict."

Libya's west is overseen by the GNU under Prime Minister Abdulhamid al-Dbeibah, who was installed in Tripoli through a U.N.-backed process in 2021. Eastern Libya has a parallel administration and is controlled by commander Khalifa Haftar's Libyan National Army.

Major fighting ended with a truce in 2020 but the underlying political dispute between the sides remains and there are sporadic clashes between rival factions.

U.S. Secretary of State Marco Rubio last week said the United States was not satisfied only with sending migrants to El Salvador, and hinted that Washington was looking to expand the number of countries that it may deport people to.

"We are working with other countries to say: We want to send you some of the most despicable human beings, will you do this as a favor to us," Rubio said at a cabinet meeting at the White House last Wednesday.

"And the further away from America, the better."

A fourth U.S. official said the administration has for several weeks been looking at a number of countries to send migrants to, including Libya.

It wasn't immediately clear if the administration had struck an agreement with the Libyan authorities to accept deportees of other nationalities.

On April 19 the Supreme Court justices temporarily barred the Trump administration from deporting a group of Venezuelan migrants it accused of being gang members. Trump's administration, which has invoked a rarely used wartime law, has urged the justices to lift or narrow their order.

It is unclear what kind of due process might be underway ahead of any Libya deportations.

Libya has had little peace since a 2011 NATO-backed uprising, and it split in 2014 between eastern and western factions, with rival administrations governing in each area.

A Tripoli-based Government of National Unity under Prime Minister Abdulhamid al-Dbeibah was installed through a U.N.-backed process in 2021 but the Benghazi-based House of Representatives no longer recognizes its legitimacy.

Reporting by Humeyra Pamuk, Idrees Ali and Phil Stewart; Additional reporting by Hani Amara in Istanbul, Ayman al-Werfali in Benghazi, Gram Slattery and Ted Hesson; Editing by Michael Perry and Chizu Nomiyama

Our Standards: **The Thomson Reuters Trust Principles.** 🗗

Suggested Topics:

United States    Human Rights

Purchase Licensing Rights



**Phil Stewart**
Thomson Reuters

Phil Stewart has reported from more than 60 countries, including Afghanistan, Ukraine, Syria, Iraq, Pakistan, Russia, Saudi Arabia, China and South Sudan. An award-winning Washington-based national security reporter, Phil has appeared on NPR, PBS NewsHour, Fox News and other programs and moderated national security events, including at the Reagan National Defense Forum and the German Marshall Fund. He is a recipient of the Edwin M. Hood Award for Diplomatic Correspondence and the Joe Galloway Award.

  



**Idrees Ali**
Thomson Reuters

National security correspondent focusing on the Pentagon in Washington D.C. Reports on U.S. military activity and operations throughout the world and the impact that they have. Has reported from over two dozen countries to include Iraq, Afghanistan, and much of the Middle East, Asia and Europe. From Karachi, Pakistan.



**Humeyra Pamuk**
Thomson Reuters

Humeyra Pamuk is a senior foreign policy correspondent based in Washington DC. She covers the U.S. State Department, regularly traveling with U.S. Secretary of State. During her 20 years with Reuters, she has had postings in London, Dubai, Cairo and Turkey, covering everything from the Arab Spring and Syria's civil war to numerous Turkish elections and the Kurdish insurgency in the southeast. In 2017, she won the Knight-Bagehot fellowship program at Columbia University's School of Journalism. She holds a BA in International Relations and an MA on European Union studies.



## Read Next

**Right-wing One America News to provide newsfeed to Voice of America**

ago

---

Healthcare & Pharmaceuticals
**US health chief Kennedy launches autism project using Medicare and Medicaid data**

3:16 PM UTC

---

United States
**Tufts student challenging immigration detention must be sent to Vermont, court rules**

3:44 PM UTC

---

United States
**US, China to hold ice-breaker trade talks in Geneva on Saturday**

11:29 AM UTC

Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

Sponsored Content

Dianomi

World >

# Judge in Sean 'Diddy' Combs trial admonishes lawyer for racial remarks

Legal · May 7, 2025 · 12:38 PM EDT · 5 min ago

The judge overseeing Sean "Diddy" Combs' sex trafficking trial admonished a lawyer close to the hip-hop mogul's defense team for referring to the prosecutors in the case as a "six-pack of white women" in comments on a podcast.

---

World

**Conclave Updates: Cardinals meet to elect a successor to Pope Francis**

9 min ago

---

Asia Pacific

**India strikes Pakistan over tourist killings, Pakistan says it will retaliate**

6 min ago

---

Healthcare & Pharmaceuticals

**Europe reviews Valneva's chikungunya vaccine after reports of serious side effects**

11 min ago

---

Europe

**Cardinals begin conclave to elect new pope in majesty of Sistine Chapel**

15 min ago

Latest

Home

Authors

Topic Sitemap

Archive

Article Sitemap

Media

📹  Videos

Browse

World

Business

Markets

Sustainability

Legal

Breakingviews

Technology

Investigations

Pictures                                        Sports

Graphics                                        Science

Podcasts                                        Lifestyle


About Reuters

**About Reuters** ⧉

**Advertise with Us** ⧉

**Careers** ⧉

**Reuters News Agency** ⧉

**Brand Attribution Guidelines** ⧉

**Reuters and AI** ⧉

**Reuters Leadership** ⧉

**Reuters Fact Check**

**Reuters Diversity Report** ⧉

Stay Informed

**Download the App (iOS)** ⧉

**Download the App (Android)** ⧉

**Newsletters**

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

---

LSEG Products

**Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 13 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

**Advertise With Us** ↗    **Advertising Guidelines**    **Purchase Licensing Rights** ↗

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ↗    **Terms of Use**    **Privacy** ↗    **Digital Accessibility** ↗    **Corrections**    **Site Feedback** ↗

© 2025 Reuters. All rights reserved

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM Document 90-1 Filed 05/07/25 Page 14 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 15 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 16 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 17 of 91

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 18 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

5/7/25, 12:44 PM
Case 1:25-cv-10676-BEM Document 90-1 Filed 05/07/25 Page 19 of 91
Exclusive: US may soon deport migrants to Libya on military flight, sources say | Reuters

ADVERTISEM

# US may soon deport migrants to Libya - reports

5 hours ago

Share    Save

**Wedaeli Chibelushi**
BBC News



Bloomberg via Getty Images

Donald Trump promised voters "mass deportations"

The US may soon start deporting migrants to Libya as part of its crackdown on immigration, two US officials have told BBC partner CBS News.

The officials, who requested anonymity, said the US military could fly migrants to the North African country as early as this week.

The move is likely to spark controversy - Libya has been mired in conflict for more than a decade and the US state department advises Americans not to travel there due to factors like crime, terrorism and civil unrest.

The BBC has approached the US state department for comment.

EXHIBIT A3

ADVERTISEMENT



**Become a Citizen of Saint Kitts & Nevis**

*H&P Henley & Partners - Sponsored*          Learn More

  Watch Live                    Register      Sign In

Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live

This week <u>Rwanda confirmed it was in the "early stage" of talks with the US</u>, while Benin, Angola, Equatorial Guinea, Eswatini, and Moldova have all been named in media reports.

- <u>Migrants on edge as Trump administration ramps up raids and arrests</u>

- <u>Trump's first 100 days - in numbers</u>

It is not clear how many people the US hopes to deport to Libya, or which part of Libya the migrants would be sent to.

Since the overthrow of former ruler Muammar Gaddafi in 2011, the country has been divided into two - the west is ruled by a UN-backed government, while military strongman Gen Khalifa Haftar controls the east.

Haftar's son met US officials in Washington last Monday, but the US state department and a Libyan spokesperson said the meeting was not about deportations.

Since returning to office in January, President Trump has launched a mass deportation campaign - at times relying on controversial tactics such as the invocation of a centuries-old wartime law.

Earlier this week, the government <u>offered migrants who are in the US illegally a sum worth $1,000 (£751) to leave the country</u>.

## You may also be interested in:

- <u>Why is Libya so lawless?</u>

- <u>Joe Biden on Trump: 'What president ever talks like that? That's not who we are'</u>

- <u>How much has Elon Musk's Doge cut from US government spending?</u>

*Go to <u>BBCAfrica.com</u> for more news from the African continent.*

*Follow us on Twitter @BBCAfrica, on Facebook at BBC Africa or on Instagram at bbcafrica*

## BBC Africa podcasts

**Africa Daily**
**Focus on Africa**

Immigration     Libya     Africa     United States

**RELATED**

What we know about Kilmar Abrego Garcia and MS-13 allegations

7 days ago    World

Trump administration reverses termination of foreign students' visas

25 Apr 2025    US & Canada

Indian restaurant shut after illegal workers found

25 Apr 2025    England

**MORE**

1 hr ago

## Watch: Massive waterspout spotted in the Gulf of California

Social media users captured the huge vortex that formed near the town of Puerto Peñasco.



1 hr ago    World

2 hrs ago

## Gang who smuggled thousands of queen ants sentenced in Kenya

The four suspects – two Belgians, a Vietnamese and a Kenyan – were arrested last month with 5,000 ants.



2 hrs ago    Africa

3 hrs ago

## Trump appeasing Putin with pressure on Ukraine, Biden tells BBC

In his first interview since leaving office, the 82-year-old criticises his successor's handling of the war and is challenged on his own record.



3 hrs ago    World

4 hrs ago

## Second US fighter jet falls overboard from Truman aircraft carrier

Two pilots sustained minor injuries after the latest mishap involving the carrier in the Middle East.



4 hrs ago    US & Canada

5 hrs ago

## Houthis say US 'backed down' and Israel not covered by ceasefire

A senior official rejects US President Donald Trump's claim the Yemeni group "capitulated" when agreeing a ceasefire deal.

5/7/25, 12:53 PM
US may soon deport migrants to Libya - reports
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 24 of 91



5 hrs ago    World



Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live    Weather    BBC Shop    BritBox

BBC in other languages ▼

**Follow BBC on:**

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Contact the BBC    Advertise with us    Do not share or sell my info    Contact technical support

Copyright 2025 BBC. All rights reserved.  The *BBC* is *not responsible for the content of external sites.* **Read about our approach to external linking.**



☰  **CNN** Politics

Subscribe    **Sign in**

**FOLLOW LIVE**

Waiting for the white smoke: The vote for a new pope is underway

# Trump admin moving forward with plans to transport undocumented immigrants to Libya

By <u>Alayna Treene</u>, CNN

🕐 2 minute read · Updated 12:23 PM EDT, Wed May 7, 2025



EXHIBIT A4



In this January 30 photo, migrants are deported using a US military plane in El Paso, Texas. Christian Torres/Anadolu/Getty Images/File

**(CNN) —** The Trump administration is moving forward with plans to transport a group of undocumented immigrants to Libya on a US military plane, an administration official told CNN.

It is unclear when the plane would leave and whether other groups of migrants would also be sent to Libya — a country engaged in an ongoing civil conflict — in the future, the official said.

Flight trackers show that a US Air Force C-17 has filed a plan to fly on Wednesday from Kelly Field in San Antonio to Misrata Airport in Libya. The US has repeatedly used the large C-17s to transport migrants in recent months.

ADVERTISING



**Discover Italy in spring!**
**ITA Airways** - Sponsored

**Learn more**

The White House declined to comment. CNN first reported the administration was communicating with Libya to have the country take migrants from the United States. Reuters first reported on the potential military flight this week.

The decision to send migrants to Libya, which the UN has previously criticized for its harsh

The decision to send migrants to Libya, which the UN has previously criticized for its harsh treatment of migrants, is a further escalation of the president's deportation policies — which have faced widespread political and legal backlash.

The State Department's website has a Level 4 travel advisory for Libya. "Do not travel to Libya due to crime, terrorism, unexploded landmines, civil unrest, kidnapping, and armed conflict," the site reads.

Conversations about sending migrants to other countries in Africa, such as Rwanda, continue. But there are no confirmed plans for flights to those other countries right now, sources familiar with those discussions said.

*Natasha Bertrand and Kylie Atwood contributed to this report.*

## Up next

Trump administration weighs sending migrants to Libya and Rwanda, sources say

4 minute read



Trump judges pump brakes so far on Alien Enemies Act deportations to El Salvador

5 minute read



Trump asks Supreme Court to end deportation protections for Venezuelans in the US

2 minute read



Trump says he 'could' bring Abrego Garcia back from El Salvador, but won't

7 minute read



## Most read

**1**    Second US Navy jet is lost at sea from Truman aircraft carrier

**2**    Trump's Oval Office meeting with Carney didn't reach Zelensky-level tension. But it wasn't all neighborliness

**3**   India and Pakistan are on the brink of wider conflict. Here's what we know

**4**   India strikes deep inside Pakistan, Pakistan claims 5 Indian jets shot down, in major escalation

**5**   REAL ID is now required for air travel in America. Here's what's happening at airports across the US

**6**   GOP push to formalize Trump's 'Gulf of America' runs into resistance in House

**7**   Stop worrying, America. Just keep watching The Trump Show

**8**   The next superbug threat is already here. It's going to be even harder to overcome

**9**   Big changes are coming to Netflix

**10**   The first boats carrying Chinese goods with 145% tariffs are arriving in LA. Shipments are cut in half. Expect shortages soon

## MORE FROM CNN

 Trump administration weighs sending migrants to Libya and Rwanda, ...

 Trump judges pump brakes so far on Alien Enemies Act deportations to El Salvador

## NEWS & BUZZ

 Second US Navy jet is lost at sea from Truman aircraft carrier

 Trump's Oval Office meeting with



Carney didn't reach
Zelensky-level
tension. But it ...



India and Pakistan
are on the brink of
wider conflict.
Here's what we
know

Search CNN...    🔍

Subscribe

Sign in

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

CNN Underscored

Games

About CNN

## Politics

**FOLLOW CNN POLITICS**

   

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Subscribe    Newsletters

Transcripts    Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

5/7/25, 1:05 PM
Trump admin moving forward with plans to transport undocumented immigrants to Libya | CNN Politics
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 31 of 91

Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 32 of 91

Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 35 of 91

 INDEPENDENT

Support Now

☰ Menu

NEWS · SPORTS · VOICES · CULTURE · LIFESTYLE · TRAVEL · CLIMATE · PREMIUM

News > World > Americas > US politics

# Trump administration plans to send migrants to Libya's 'horrific' detention centers

Libya serves as a hub for migrants trying to get to Europe, and the country has several detention facilities for refugees and migrants

**Gustaf Kilander** in Washington D.C.    •    Wednesday 07 May 2025 05:26 BST    💬 Comments

    



Related video: Attorney General leaves abruptly after being confronted over deported migrants' lack of criminal records

---

## Your support helps us to tell the story

**Read more** ⌄

**SUPPORT NOW**

💳 PayPal ⬜Pay ⬜Pay

**Read more** ⌄

The Trump administration has developed plans to send migrants to detention centers in Libya on a military flight, *according to Reuters*.

EXHIBIT A5

Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 37 of 91

The flight could depart as soon as Wednesday, officials told *The New York Times*. The nationalities of those set to be on the flight were not immediately apparent.

Libya is in the middle of severe conflict, and human rights groups have called its migrant detention centers "horrific" and "deplorable."

The effort comes as the Trump administration is working to deter migrants from entering the U.S., as well as send a message to those in the country unlawfully that they can be sent to countries with difficult conditions.

The flight may still not occur due to legal, logistical, or diplomatic restrictions. The administration has already faced pushback for sending a group of Venezuelans to El Salvador, where they are being detained in a prison designated for terrorists.

**RECOMMENDED**

 US has $21T underground city for rich to hide in a 'near-extinction event': official

 Trump administration abruptly removes the vice chair of the National Transportation Safety Board

 President Trump's childhood home in Queens sells for under $1 million

Sponsored | Homes.com

 New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During

Powered by Taboola

The State Department advises the American public against going to Libya "due to crime, terrorism, unexploded land mines, civil unrest, kidnapping, and armed conflict."



The country has faced years of civil war since the 2011 overthrow of Muammar Gaddafi, its longtime dictator. The country remains divided – a UN-recognized government governs western Libya from Tripoli. At the same time, the east is ruled by a government led by the warlord Khalifa Haftar, who controls most of the country's oil fields.



Libyans walk around in Tripoli's Martyrs Square on April 28, 2025. The Trump administration plans to send migrants to the divided country *(AFP via Getty Images)*

The U.S. only has a formal relationship with the government in Tripoli, but that didn't stop Haftar's son, Saddam, from visiting Washington last week, meeting with several Trump officials. Trump had a friendly relationship with Haftar during his first term in the White House.

Libya serves as a hub for migrants trying to get to Europe, and the country has several detention facilities for refugees and migrants. In a 2021 report, Amnesty International said those facilities made up a "horrific" "hellscape" with evidence of "sexual violence against men, women and children."

Meanwhile, the Global Detention Project said migrants held in Libya may be the subject of "physical mistreatment and torture," as well as forced labor and slavery.

The State Department pointed to "harsh and life-threatening" conditions in the detention centers in the country in its annual report last year. It found that migrants had "no access to immigration courts or due process."

**RECOMMENDED**



**Bella Ramsey feels 'remorse' for 'humiliating' Game of Thrones co-star**



**Trump declares two new 'national holidays' – but Americans won't get time off**



**US Issues New 'Do Not Travel' Alert For 21 Countries Including Russia And North Korea**

Sponsored | Travel Noire

5/7/25, 12:59 PM
Trump officials plan to send migrants to Libya's horrific detention centers | The Independent
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 41 of 91


**AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days**
Sponsored | FX Market Insights

Powered by Taboola

A Libya expert at the Carnegie Endowment for International Peace, Frederic Wehrey, told *The Times:* "I have been in those migrant prisons and it's no place for migrants."

He added: "It's just a horrific place to dump any vulnerable person."

**More about:**   Libya   El Salvador   Khalifa Haftar   Muammar Gaddafi   Amnesty International   Europe   Washington   UN   Tripoli   Trump

 **Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

 Comments ↓

Promoted stories

**Farmers Trust This Simple Trick to Keep Mice Away—Now You Can Too**

Sponsored | VAMOOSE

**Massachusetts New Policy for Cars Driven Less Than 50 Miles/day**

Sponsored | FINANCE ADVISORS

5/7/25, 12:59 PM
Case 1:25-cv-10676-BEM   Document 00-1   Filed 05/07/25   Page 42 of 91
Trump officials plan to send migrants to Libya's horrific detention centers | The Independent

### 8 tips for improving construction efficiency

Find out how top residential builders are winning back hours every single day.

Sponsored | BUILDERTREND                                    Learn more

---

## Amazon Is Losing Money as Massachusetts Shoppers Are Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

Sponsored | ONLINE SHOPPING TOOLS

---

## Explore Trading Tools

With TradeStation's advanced platform built for self-directed traders.

Sponsored | TRADESTATION

---

## Shia Labeouf's Conversion

Hear the Whole Story

Sponsored | WORD ON FIRE CATHOLIC MINISTRIES

---

## Seniors Can Now Fly Business Class For the Price Of Economy

Americans, you'll want to check this out ASAP

Sponsored | INSIDER | TRAVEL DEALS

---

## U.S. Cardiologist Warns Aging Seniors About Blueberries For Breakfast

Heart doctor urges aging seniors to be careful

Sponsored | GUNDRY MD

---

**NEWS**

**White House caught off guard by Hegseth's request to cancel weapons supply to Ukraine**

**'He needs to resign': Democrats react with quiet shock to damning Fetterman profile**

---

**CULTURE**

**Kanye West branded 'sniveling little coward' as he storms off Piers Morgan interview**

---

## Bandit Heeler is having a midlife crisis, and 'Bluey' wants you to notice

What if 'Bluey' isn't really about Bluey? Holly Baxter presents the case for Bandit and Chilli as the show's real protagonists

Sponsored | PROMOTED BY INDEPENDENT PREMIUM

Case 1:25-cv-10676-BEM          Document 90-1          Filed 05/07/25          Page 43 of 91



**Read More Comments**

## Walgreens Faces Worst Nightmare as 87¢ ED Pill Takes Over

## Massachusetts: Gov May Cover Your Cost To Install Solar If You Live In These Zip Codes

Savvy homeowners are taking advantage of government incentives to install solar panels...

Sponsored | SUNVALUE

**NEWS**

## MAGA justifies turning n-word woman into folk hero by blaming Texas stabbing suspect

## El Salvador president orders arrest of of bus company heads for defying free transport order

## Why New Zealanders are emigrating in record numbers

The government may not be able to reverse the trend

Sponsored | THE ECONOMIST

**VOICES**

## Reform's desire to ban Ukrainian flags is a stark reminder of who Farage really is



### GET IN TOUCH

Contact us

 

### OUR PRODUCTS

Register

Newsletters

Donate

Today's Edition

Install our app

Archive

### OTHER PUBLICATIONS

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

The Standard

### LEGAL

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

### EXTRAS

Puzzles

All topics

Betting Offers

Voucher codes

Competitions and offers

Modern Slavery Statement                    Independent Ignite

                                            Syndication

                                            Working at The Independent

**Libya**

# US planning to deport migrants to Libya despite 'hellish' conditions – reports

### Libya's provisional government has denied claims flight could happen as soon as this week



📷 A vessel rescuing people in the central Mediterranean off Libya last year. Human rights organisations have documented how migrants trapped in the country are at the mercy of militias and smugglers. Photograph: Anadolu/Getty Images

**Lorenzo Tondo** *in Palermo and* **Edward Helmore** *in New York*

Wed 7 May 2025 12.03 EDT

The Trump administration is planning to deport a group of migrants to Libya, according to reports, despite the state department's previous condemnation of the "life-threatening" prison conditions in the country.

Libya's provisional government has denied the reports.

Reuters cited three unnamed US officials as saying the deportations could happen this week. Two of the officials said the individuals, whose nationalities are not known, could fly to the north African country as soon as Wednesday, but they added the plans could still change. The New York Times also cited a US official confirming the deportation plans.

It was not clear what Libya would be getting in return for taking any deportees.

Human rights groups condemned the reported plans, noting the country's poor record on human rights practices and harsh treatment of detainees.

"Migrants have long been trafficked, tortured and ransomed in Libya. The country is in a civil war. It is not a safe place to send anyone," Sarah Leah Whitson, the executive director of Democracy for the Arab World Now (Dawn), wrote on X.

Aaron Reichlin-Melnick, senior fellow at the American Immigration Council, wrote on the platform alongside a picture of a Libyan detention facility:

EXHIBIT A6

"Don't look away. This is what Libya's migrant detention facilities look like. This is what Trump is doing."

Reichlin-Melnick added: "Amnesty International called these places a 'hellscape' where beatings are common and sexual violence are rampant. There are reports of human trafficking and even slavery."

Claudia Lodesani, head of programs for Médecins Sans Frontières (MSF), said the group was "very concerned" about the possible consequences of such a plan, saying reports by media outlets and human rights organisations showed that "Libya is not a safe country for migrants"

Lodesani pointed to a 2023 United Nations report which documented "widespread practices of arbitrary detention, torture, rape and slavery and concluding there were grounds to believe a wide array of crimes against humanity have been committed against migrants in Libya".

Government agencies, including the defense department, the White House, state department and department of homeland security did not immediately respond to the Guardian's requests for comment. The defense department later directed inquiries to the White House.

Reports of planned deportations to Libya come as the Trump administration is expanding its efforts to negotiate the deportations of US migrants to third-party countries, including Angola, Benin, Eswatini, Moldova and Rwanda. This is alongside the at least 238 Venezuelan immigrants already deported to a prison in El Salvador.

Libya is a major transit point for Europe-bound asylum seekers. For years, human rights organisations have documented how migrants trapped in the country are at the mercy of militias and smugglers. Tens of thousands of people from sub-Saharan Africa are kept indefinitely in overcrowded refugee detention centres where they are subjected to abuses and torture.

In its annual human rights report released last year, the US state department criticised Libya's "harsh and life-threatening prison conditions" and "arbitrary arrest or detention", citing how migrants , including children, had "no access to immigration courts or due process".

The news has prompted condemnation from aid agencies and NGOs that operate in the central Mediterranean, which have long warned about the harsh conditions faced by asylum seekers in Libya. They have also accused European governments of being complicit in such treatment by working with Libya to intercept migrants.

"For 10 years now since our foundation, as a search and rescue organisation, we have continuously highlighted that Libya is not a safe place for migrants and refugees," said Mirka Schäfer, a political expert for the German search-and-rescue organisation SOS Humanity. "Evidence from survivors onboard our vessel Humanity 1, includes refugees with traces of torture on their bodies, gunshot wounds, pain caused by beatings, physical and psychological wounds while in transit, in detention camps in Libya, or fleeing Libya across the Mediterranean."

One person onboard the Humanity 1 ship said criminal groups operating in Libya "sell people like they would sell bread".

Luca Casarini, the Italian founder of the NGO Mediterranea Saving Humans, said the reported move by Trump was "an endorsement of the horror that has characterised his administration's policies since the very beginning".

"Libya is one of the most hellish places on Earth, where mafias and smugglers operate with the complicity of the European Union. But Trump goes a step further. The American president claims ownership of this horror by deporting people to a hell that is Libya, flaunting his power. It is a move that drags our civilisation toward the abyss."

Libya's government of national unity said on Wednesday it rejected the use of its territory as a destination for deporting migrants without its knowledge or consent. The government added there was no coordination with the US regarding the reception of migrants.

Trump, who made immigration a major issue during his election campaign, has launched aggressive enforcement action since taking office, increasing troops to the southern border and pledging to deport millions of undocumented immigrants from the US.

As of Monday, the Trump administration had deported 152,000 people, according to the Department of Homeland Security. Trump's administration has tried to encourage migrants to leave voluntarily by threatening steep fines, trying to strip away legal status, and sending migrants to notorious prisons in Guantánamo Bay and El Salvador.

The US secretary of state, Marco Rubio, last week said the US was not satisfied with sending migrants only to El Salvador, and hinted that Washington was looking to expand the number of countries to which it could deport people.

"We are working with other countries to say: we want to send you some of the most despicable human beings; will you do this as a favour to us?" Rubio said at a cabinet meeting at the White House last Wednesday. "And the further away from America, the better."

A fourth US official said the administration had for several weeks been looking at a number of countries where it might be able to send migrants, including Libya.

On 19 April the supreme court temporarily barred the Trump administration from deporting a group of Venezuelans it accused of being gang members.

Trump's administration, which has invoked a rarely used wartime law, has urged the justices to lift or narrow their order.

*Reuters contributed to this report*

---

***You've read 5 articles** in the last year*                    Article count **on**

**Can you help us hit our support goal?**

**0** of 50,000 readers

### Why you can rely on the Guardian not to bow to Trump – or anyone

I hope you appreciated this article. Before you move on, I wanted to ask whether you could support the Guardian's journalism as we face the unprecedented challenges of covering this administration.

As Trump himself observed: "The first term, everybody was fighting me. In this term, everybody wants to be my friend."

He's not entirely wrong. Already, several large corporate-owned news organizations have settled multimillion-dollar lawsuits with the president in order to protect their business interests. Meanwhile, billionaires have intervened editorially in the news outlets they own to limit potentially unfavorable coverage of the president.

The Guardian is different: we have no interest in being Donald Trump's – or any politician's – friend. Our allegiance as independent journalists is not to those in power but to the public. Whatever happens in the coming months and years, you can rely on the Guardian never to bow down to power, nor back down from truth.

How are we able to stand firm in the face of intimidation and threats? As journalists say: follow the money. The Guardian has neither a self-interested billionaire owner nor profit-seeking corporate henchmen pressuring us to appease the rich and powerful. We are funded by our readers and owned by the Scott Trust – whose only financial obligation is to preserve our journalistic mission in perpetuity.

What's more, in a time of rising, democracy-threatening misinformation, we make our fiercely independent journalism free to all, with no paywall - so that everyone in the US can have access to responsible, fact-based news.

**With the administration already cracking down on free speech, banning reporters from the Oval Office, and the president and his allies pursuing lawsuits against news outlets whose stories they don't like, it has never been more urgent, or more perilous, to pursue fair, accurate reporting. Can you support the Guardian today?**

**We value whatever you can spare, but a recurring contribution makes the most impact, enabling greater investment in our most crucial, fearless journalism. As our thanks to you, we can offer you some great benefits – including seeing far fewer fundraising messages like this. We've made it very quick to set up, so we hope you'll consider it. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

○ Support $5/month

Recommended

○ **Support $15/month**

Unlock **All-access digital** benefits:

- ✓ Unlimited access to the Guardian app
- ✓ Unlimited access to our new Feast App
- ✓ Ad-free reading on all your devices
- ✓ Exclusive newsletter for supporters, sent every week from the Guardian newsroom
- ✓ Far fewer asks for support

○ Support once from just $1

Continue →    Remind me in June      

## More on this story

Critic of Italy-Libya migration pact told he was target of Israeli spyware

Trump orders reopening of Alcatraz prison for 'most ruthless offenders'

Libyan PM resists Russia's move to reinforce military bases in country

3 Feb 2025



2d ago



20 Dec 2024

5/7/25, 1:00 PM
US planning to deport migrants to Libya despite 'hellish' conditions, reports | Trump | The Guardian
Case 1:25-cv-10676-BEM   Document 90-1   Filed 05/07/25   Page 50 of 91

**Most viewed**



**GO AD-FREE**　**Login**

LATEST　**Watch Live Chimney Cam: Conclave To Elect New Pope Underway**　✕

**U.S.**　|　Donald Trump　　Immigrants　　Immigration　　Deportation

# Donald Trump Planning to Send Migrants to Libya: What We Know

**Published** May 07, 2025 at 2:38 AM EDT



EXHIBIT A7

## Newsweek        **GO AD-FREE**



By **Khaleda Rahman**
National Correspondent

Newsweek Is A Trust Project Member

FOLLOW

---

**News Article**    |    50    ⌄

---

P resident [Donald Trump](#)'s administration is planning to deport migrants to Libya, according to reports.

The [U.S. military](#) could fly deportees to the country as soon as Wednesday, *The New York Times* and Reuters reported, citing officials who spoke on the condition of anonymity.

It was not immediately known how many migrants could be sent to Libya or the nationality of the individuals the administration may deport.

*Newsweek* has contacted the White House, State Department and Department of Homeland Security for comment outside regular business hours.



**Newsweek**    **GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



President Donald Trump speaking in the Oval Office of the White House on Tuesday.    **ANNA MONEYMAKER/GETTY IMAGES**

## Why It Matters

Libya has become notorious for its network of migrant detention centers, which human rights groups have described as inhumane.

In a 2021 report, Amnesty International called the facilities a "hellscape," where detainees suffer torture, sexual violence, forced labor, and even slavery.

In an annual report on human rights practices in Libya released last year, the State Department described the conditions in the country's detention centers as "harsh and life-threatening."



GO AD-FREE



Your sequel will b
better. Hurry, lock
Pass before prices

Ad By **Epic Pass**

It added that migrants in these facilities, including children, had "no access to immigration courts or due process."

## What To Know

Trump, who made immigration a centerpiece of his campaign, has launched a major crackdown since returning to office in January. His administration has detained and deported thousands of people, including sending alleged gang members to notorious prisons in Guantanamo Bay and El Salvador.

One official told Reuters that the Trump administration had been looking at a number of countries to send migrants to, including Libya. But it was not immediately clear if the administration had reached an agreement with Libyan authorities to accept deportees of other nationalities.

The State Department has issued a Level 4 travel advisory for Libya, warning Americans against traveling there due to "crime, terrorism, unexploded landmines, civil unrest, kidnapping, and armed conflict."

 

**Newsweek**  GO AD-FREE

LATEST   Watch Live Chimney Cam: Conclave To Elect New Pope Underway

Your sequel will be
better. Hurry, lock
Pass before prices

Ad By **Epic Pass**

It was previously reported that the administration was also considering sending migrants to Rwanda.

## What People Are Saying

**Secretary of State Marco Rubio** said at a Cabinet meeting in the White House last week: "We are actively searching for other countries to take people from third countries... not just El Salvador. We are working with other countries to say: 'we want to send you some of the most despicable human beings to your countries, will you do that as a favor to us'. And the further away from America, the better so they can't come back across the border."

**Sarah Leah Whitson**, the executive director of Democracy for the Arab World Now, a nonprofit organization, wrote on X, formerly Twitter: "Migrants have long been trafficked, tortured and ransomed in Libya. The country is in a civil war. It is not a safe place to send anyone."

**Aaron Reichlin-Melnick**, senior fellow at the American Immigration Council, wrote on X, alongside a picture of a detention facility in Libya: "Don't look away. This is what Libya's migrant detention facilities look like. This is what Trump is doing.



**Newsweek**    GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway

**Your sequel will b**
**better. Hurry, lock**
**Pass before prices**

Ad By **Epic Pass**

"Amnesty International called these places a 'hellscape' where beatings are common and sexual violence are rampant. There are reports of human trafficking and even slavery."

---

READ MORE

- Trump-voting parents "feel betrayed" after ICE agents detain their son

---

- Florida's plan to replace migrant workers with children falls apart

---

- Trump says US doesn't need to sign trade deals

---

## What Happens Next

The legal path forward remains uncertain. A Supreme Court order in April temporarily barred the deportation of a group of Venezuelans that the administration had labeled as gang members. It remains unclear if any similar legal action will be taken ahead of any deportations to Libya.

Meanwhile, the Trump administration is reportedly exploring agreements with more countries willing to accept deportees.

**Newsweek**          GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



five data types effectively?

**Read the report**

虚 virtusa

**Only 14% of firms use data effectively. Are...**
**Virtusa** - Sponsored                     CLICK HERE

**Request Reprint & Licensing**

**Submit Correction**

**View Editorial & AI Guidelines**

# Recommended For You

5/7/25, 1:02 PM
Donald Trump Planning to Send Migrants to Libya: What We Know - Newsweek
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 58 of 91

# Newsweek   **GO AD-FREE**



## Man detained at green card appointment after over 25 years in US



## Trump administration issues another warning to green card holders

**Newsweek** GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



ICE Agents raid home, force family out in their underwear: "Traumatized"



Defiant China fires warning at Donald Trump

5/7/25, 1:02 PM
Donald Trump Planning to Send Migrants to Libya: What We Know - Newsweek
Case 1:25-cv-10676-BEM Document 90-1 Filed 05/07/25 Page 60 of 91

# Newsweek
GO AD-FREE

LATEST   Watch Live Chimney Cam: Conclave To Elect New Pope Underway




**Donald Trump rails against judges despite Justice Jackson's new warning**




**Trump administration shares second abuse claim by Abrego Garcia's wife**

5/7/25, 1:02 PM
Donald Trump Planning to Send Migrants to Libya: What We Know - Newsweek
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 61 of 91

# Newsweek

**GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



**Anti-Trump 'May Day' protesters issue urgent alert on executive orders**



**Donald Trump's approval rating takes unexpected turn**

5/7/25, 1:02 PM
Donald Trump Planning to Send Migrants to Libya: What We Know - Newsweek
Case 1:25-cv-10676-BEM Document 90-1 Filed 05/07/25 Page 62 of 91

**Newsweek** GO AD-FREE

LATEST Watch Live Chimney Cam: Conclave To Elect New Pope Underway



**Kilmar Abrego Garcia's wife responds to second abuse report**



**Republicans vote against move to stop ICE deporting US citizens**

5/7/25, 1:02 PM

Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 63 of 91
Donald Trump Planning to Send Migrants to Libya: What to Know - Newsweek

# Newsweek    **GO AD-FREE**



**Over 100 migrants, service members arrested in major illegal nightclub raid**



**Two more countries could take deported U.S. migrants: Report**

**SPONSORED CONTENT**



**Newsweek**    GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway





### Here's What A 12-Hours Gutter Guards Upgrade Should Cost You
LeafFilter

### Top 5 Wealth Management Firms In The United States
Smart Asset





### Here's How Much A 1-Day Walk In Shower Costs In Massachusetts
Jacuzzi

### WARNING: Over 4 Million Devices Compromised By A Stealth Virus
TotalAV





### Massachusetts: Reduce Your Home Insurance Bill If You Live In Brookline
Insure.Com

### Here's What A 1-Day Gutter Upgrade Should Cost You
LeafFilter

## RELATED PODCASTS

# Newsweek    **GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway

### Newsweek Radio

Trump Flunks Civics 101, Wants to Reopen Alcatraz, Collect on Student Loans

### For Justice! With Rakim...

100 Days of Chaos: Trump's Attacks on Democracy and the Road Ahead for Democrats

### The Josh Hammer Show

Kristen Welker Gaslights the American People on Illegal Alien Due Process

## Top Stories



## They Helped Deliver Miami–Dade for Trump. Now They're Having Regrets

**Newsweek** GO AD-FREE

LATEST Watch Live Chimney Cam: Conclave To Elect New Pope Underway



**India, Pakistan War Fears After Strikes: Live Updates**

**Newsweek**    **GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



**Brother of American Detained in China Tells US: 'Don't Just Talk About It'**

5/7/25, 1:02 PM
Donald Trump Planning to Send Migrants to Libya: What We Know - Newsweek
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 68 of 91

# Newsweek    **GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



## Appeals Court Orders ICE To Send Detained Tufts Student to Vermont

## About the writer

### Khaleda Rahman

**FOLLOW**

Khaleda Rahman is Newsweek's National Correspondent based in London, UK. Her focus is reporting on education and national news. Khaleda ... read more

**Newsweek**   GO AD-FREE

LATEST   Watch Live Chimney Cam: Conclave To Elect New Pope Underway



## Trending

# Newsweek    GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway



**01**   **More Than 50,000 People Told To Stay Indoors in Nevada**

3 comments

**02**   **Marriage On Brink After Wife Finds Baby Formula Tampered With: 'Filing For Divorce'**

0 comments

**03**   **Donald Trump Reacts to India's Airstrikes on Pakistan: 'A Shame'**

124 comments

**04**   **Woman Thinks She's Filming Dog Training, Then Sees What's in the Background**

0 comments

**05**   **Texas Residents Given Minutes to 'Take Cover Now!' Amid Tornado Threat**

3 comments

← Back To Homepage

 **Newsweek**    **GO AD-FREE**

LATEST        Watch Live Chimney                                  ay

THE DEBATE

## The Next Pope Should Heal Divides in the Catholic Church | Opinion

By Tim Busch



**VS**



## What the Next Pope Can Learn From Francis: A Muslim's Reflection | Opinion

**By Faisal Kutty**

OPINION

## Trump's Big, Bloated Defense Budget | Opinion

By Daniel R. Depetris



## The States Aren't the Answer. They're the Problem | Opinion

By Stephen Legomsky



**Newsweek**  GO AD-FREE

LATEST   Watch Live Chimney Cam: Conclave To Elect New Pope Underway

## A Papal Conclave Is Not a U.S. Presidential Election | Opinion

By Christopher Hale



## What the Next Pope Can Learn From Francis: A Muslim's Reflection | Opinion

By Faisal Kutty



## The Next Pope Should Heal Divides in the Catholic Church | Opinion

By Tim Busch



## UPS Is Failing To Protect Desert Drivers From the Heat | Opinion

By Viviana Gonzalez



## America Must Fix Its Crumbling Water Infrastructure | Opinion

By John Griffith



## If Trump Gets His Way, Could You 'Fall' Out a Window? | Opinion

By Thomas G. Moukawsher



## Google Makes a Face Turn On User Privacy | Opinion

By Joel Thayer



## New York Must Not Legalize Assisted Suicide | Opinion

By Michele Sterlace-accorsi



## Rethinking Development Finance in a Geoeconomic World Order | Opinion

**Newsweek**   GO AD-FREE

LATEST   Watch Live Chimney                                    ay

U.S. ›                    World ›                      **Subscriptions**

Science ›                 Health ›

Rankings ›                Opinion ›                    Digital+ Monthly $4.99

Entertainment ›           Fact Check ›                 Digital+ Yearly $49.00
                                                       Premium Monthly $9.99
My Turn ›                  Education ›                  Premium Yearly $99

Events ›                   Sports ›

Podcasts ›                 Better Planet ›

Better Workplaces ›        Vault ›

Mightier ›                 Autos ›

Newsletters ›              Unconventional ›

Vantage ›                  Experts ›

Voices ›

**Trending**

Israel at War      Vladimir Putin      Russia-Ukraine War

# Newsweek

**GO AD-FREE**

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway

## Newsletters in your inbox   See all

- [ ] The Bulletin (Daily)
  See Sample
- [ ] The Gist of It (Daily)

- [ ] Geoscape (Twice a Week)
- [ ] The 1600 (Daily)

- [ ] Inside Trump Policy (Weekly)
- [ ] Sports Daily (Daily)

- [ ] The Josh Hammer Report (Weekly)
  See Sample
- [ ] For The Culture (Three Times a Week)
  See Sample

- [ ] Discoveries (3 Times a Week)
- [ ] Like & Subscribe (Daily)

- [ ] Breaking News (As it Breaks)
- [ ] The Debate (Twice a Week)

- [ ] Pawsitively (Daily)
- [ ] Better Planet (Weekly)

- [ ] The Good Life (Weekly)
- [ ] Newsweek Pulse (2x3 Times a Month)

Email address      **Sign up now**

You can unsubscribe at any time. By signing up you are agreeing to our Terms of Service and Privacy Policy

**In The Magazine**



May 16
2025 Issue

## Company

About Us

Masthead

Diversity

## Editions:

U.S. Edition

日本

Polska

## Contact

Advertise

Careers

Contact Us

**Newsweek**    GO AD-FREE

LATEST    Watch Live Chimney Cam: Conclave To Elect New Pope Underway

Mission Statement

Leadership

Newsletters

Press Center

**Terms of Use**

Cookie Policy

Copyright

Privacy Policy

Terms & Conditions

Terms of Sale

Privacy Settings

© 2025 NEWSWEEK DIGITAL LLC

U.S.    Papal Conclave    World    Politics    HealthWatch    MoneyWatch    Entertainment    Crime    Sports

> POLITICS

# Trump administration may soon deport migrants to Libya, U.S. officials say

By **Camilo Montoya-Galvez**, **Eleanor Watson**
May 6, 2025 / 11:24 PM EDT / CBS News



The Trump administration may soon start deporting migrants to Libya, expanding its mass deportation campaign to the troubled North African country, two U.S. officials told CBS News Tuesday.

The deportations, expected to be operated by the U.S. military, could start as early as this week, the officials said, requesting anonymity to discuss internal government plans.

Libya <u>is one of several</u> far-flung nations the U.S. government has been asking to accept deportations of migrants from third

EXHIBIT A8

The possibility of U.S. deportations to Libya, reported earlier Tuesday by Reuters, is a stunning proposition given the deep political and social turmoil the North African country finds itself in, as well as its human rights record.

Since a civil war erupted in 2011, Libya has been plagued by armed conflict and political tumult. The country, itself a corridor for desperate migrants hoping to reach Europe by crossing the Mediterranean Sea, is divided into two factions. The western part of the country is overseen by a United Nations-backed government in Tripoli, while the east is controlled by a strongman.

The State Department has a Level 4 travel advisory for Libya, warning Americans not to travel there because of "crime, terrorism, unexploded landmines, civil unrest, kidnapping, and armed conflict."



MAHMUD TURKIA/AFP VIA GETTY IMAGES

Libya has also gained infamy over its treatment of migrants seeking to reach Europe, with both advocates and U.S. officials finding that detainees in the North African country face brutal conditions, due process violations and even torture in immigration detention centers.

It's unclear who exactly would be deported to Libya under the plans being considered by the Trump administration and whether they would be detained by authorities there upon arrival.

As part of its aggressive efforts to deter migrants from entering or staying in the U.S. illegally, the Trump administration has mounted an intense diplomatic campaign to forge deportations agreements that allow the U.S. to send migrants to countries that are not their own.

It has already persuaded several Latin America countries to accept third country nationals, sending Asian and African migrants to Costa Rica and Panama, as well as a group of Venezuelan men accused of gang membership to El Salvador, which transferred them to a notorious mega prison.

But the Trump administration has also sought to broker deportation agreements with countries in other continents, including Africa and Europe.

The other countries U.S. officials have approached for potential third country deportation arrangements include Angola, Benin, Eswatini, Moldova and Rwanda, according to internal U.S. government documents and officials.

It's unclear whether any of those countries will finalize agreements with the U.S. After CBS News identified Angola as

Washington said the West African country would not accept deportees from third countries.

## Immigration

### Second judge blocks Trump administration's use of Alien Enemies Act



### Appeals court considers whether detained students should be moved



### U.S. offers migrants free airline tickets and $1,000 stipend if they self-deport



### U.S. seeking deportation deals with Angola, Equatorial Guinea



More ›

---

**In:**   Deportation     Mass Deportation     Trump Administration     Libya

### Camilo Montoya-Galvez

Camilo Montoya-Galvez is the immigration reporter at CBS News. Based in Washington, he covers immigration policy and politics.

 Twitter

5/7/25, 11:25 AM
Trump administration may soon deport migrants to Libya, officials say - CBS News
Case 1:25-cv-10676-BEM Document 90-1 Filed 05/07/25 Page 81 of 91

## Here's What a 6-Hour Gutter Upgrade Should Co...

PAID    HOMEBUDDY

## Donald Trump picks the wrong trade fight with...

PAID    THE ECONOMIST

Learn More

## Seniors Could Find Unsold Cruise Cabins at...

PAID    ONLINE SHOPPING TOOLS

## Here's What New Siding Should Cost in 2025

PAID    HOMEBUDDY.COM

Learn More

## Trump is a revolutionary. Will he succeed?

PAID    THE ECONOMIST

Learn More

## Judge dismisses charges against man accused by attorney general, FBI director of being MS-13...

## Here's What Gutter Guards Should Cost You In...

PAID    HOMEBUDDY

Learn More

## Amazon Is Losing Millions as Shoppers Cancel...

PAID    KARMA SHOPPING

Read More

5/7/25, 11:25 AM
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 82 of 91
Trump administration may soon deport migrants to Libya, U.S. officials say - CBS News

to traditional healer is convicted in South Africa

## Actress Spills Hollywood Trick For Slim Body:...

PAID   PROGRESS HEALTH

Learn More

## J.P. Morgan Says a Recession Is Coming, Here's How Smart People Are Prepping

PAID   BETTERBUCK

Read More

## Wisconsin judge suspended by state high court after arrest in immigration case

## Here's What a 6-Hour Gutter Upgrade Should Co...

PAID   HOMEBUDDY

## Donald Trump picks the wrong trade fight with...

PAID   THE ECONOMIST

Learn More

## Judge dismisses charges against man accused by attorney general, FBI director of being MS-13...



5/7/25, 11:25 AM
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 85 of 91
Trump administration may soon deport migrants to Libya, officials say - CBS News



5/7/25, 11:25 AM
Trump administration may soon deport migrants to Libya, officials say - CBS News
Case 1:25-cv-10676-BEM    Document 90-1    Filed 05/07/25    Page 86 of 91

CBS NEWS

Copyright ©2025 CBS Interactive Inc. All rights reserved.

About                                Site Map

Advertise                            Contact Us

Closed Captioning                    Help

CBS News Store





## Trump to visit Saudi Arabia, Qatar and UAE in May

The president's trip aims to "strengthen ties" with these countries, White House press secretary Karoline Leavitt said.



President Donald Trump walks off the plane at the Philadelphia International Airport on June 22, 2024, in Philadelphia, Pennsylvania. | Anna Moneymaker/Getty Images

By **AMANDA FRIEDMAN**
04/22/2025 02:55 PM EDT



EXHIBIT A9

Case 1:25-cv-10676-BEM     Document 90-1     Filed 05/07/25     Page 89 of 91

President Donald Trump will travel to Saudi Arabia, Qatar and the United Arab
Emirates next month, White House press secretary Karoline Leavitt said on
Tuesday.

Leavitt announced during a White House press briefing that he'll visit the
Middle Eastern nations from May 13 to May 16.

Top Stories from POLITICO



The three-country tour will be Trump's second foreign trip since returning to
office. The president announced plans on Monday to travel to Italy later this

Leavitt said the trip is intended to help "strengthen ties" with the Middle
Eastern countries. Saudi Arabia, Qatar and the United Arab Emirates have
provided diplomatic support to the Trump administration in recent months,
including assisting with ceasefire negotiations for the ongoing conflicts in
Ukraine and Gaza.

"He will have many bilateral meetings and talks and we look forward to the
trip," Leavitt said.

**FILED UNDER:** MIDDLE EAST, SAUDI ARABIA, FOREIGN AFFAIRS, DONALD TRUMP, QATAR, ⋯



SPONSORED CONTENT



**GOP's Private Luncheon Rocked by Trump's Tariff Twist**

Puck



**Sleep Apnea: Ingenious Pillow Takes The US By Storm**

myhealthyhabit.co



**MassachusettsLaunches New Policy for Cars Used Less Than 49 Miles/Day**

Are you being overcharged by your insurance company? Take two minutes out...

Comparisons.org



**How Wall Street got Donald Trump wrong**

Financial Times



**AI Imagines the 'Average' American in Every State — Some Are Spot-On,...**

Entertainment

Twist Digital



**Massachusetts High Earners: Explore These 7 Tax Reduction Strategies**

Evergreen Wealth

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

―――――――――――――

© 2025 POLITICO LLC