**IntelWalrus**
@IntelWalrus

A US Air Force C-17 (03-3127) has filed a plan as RCH260 to depart from Kelly Field (KSKF) in San Antonio and fly to Misrata Airport (HLMS) in Libya today. This is possibly the military deportation flight reported on below by the NYTimes. (Data from @thebaldgeek's website).

L-98W          10                              tbg_map

 Farnaz Fassihi ✓ @farnazfassihi · 13h

NEWS: Trump administration plans to send migrants to war ravaged unstable Libya on a military flight as soon as Wednesday. The deal was brokered by Saddam. Can't make this up.

nytimes.com/2025/05/06/us/...

7:25 AM · May 7, 2025 · **19.5K** Views                    EXHIBIT F