UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>      Defendants. | Civil Action No. 25-cv-10676-BEM |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' BRIEF IN SUPPORT OF JOINDER OF THE DEPARTMENT OF DEFENSE (DKT. 93)**

| Exhibit | Description |
|---|---|
| A | Memorandum of Understanding Between the U.S. Dep't of Homeland Sec. & the U.S. Dep't of Def. for DoD Support at Naval Station Guantanamo Bay to U.S. Immigr. & Customs Enf't for DHS/ICE Detention of Illegal Aliens Subject to Final Orders of Removal (Mar. 7, 2025) |
| B | Declaration of Johnny Sinodis |
| C | Declaration of Tin Thanh Nguyen |
| D | Declaration of Kristin Macleod-Ball |