**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **D.V.D, *et al.*** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | CIVIL NO.: 2:25-cv-10676-BEM |
| | : | |
| **U.S. Department of Homeland Security, *et al.*** | : | |
| | : | |
| **Defendants.** | : | |

**DECLARATION OF BRIAN ORTEGA**

I, Brian Ortega, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am employed by U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Assistant Field Office Director (AFOD) for the ERO Phoenix Field Office. I have held this position since January 2022. Included in my official duties as an AFOD in the ERO Phoenix Field Office is the responsibility of assisting in and the managing, monitoring, scheduling, and executing removal orders for aliens in ICE custody at the Eloy Detention Center in Eloy, Arizona.

2. I provide this declaration based on information provided to me in my official capacity, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

3. I am aware of the above captioned litigation. While preparing this declaration, I reviewed information contained in the official records and databases maintained by ICE regarding the immigration and custody status of the named Plaintiff (O.C.G.).

4. On March 25, 2025, I signed a declaration that stated: "On or about February 21, 2025, prior to O.C.G being removed to Mexico, ERO verbally asked O.C.G. if he was afraid of being returned to Mexico. At this time, O.C.G. stated he was not afraid of returning to Mexico." ECF No. 31-1 at ¶ 13.

5. This statement was based on ICE's ENFORCE Alien Removal Module[1] entries indicating that O.C.G. did not fear return to Mexico. *See* Ex. 1.

6. Upon further investigation conducted pursuant to the Court's discovery order, ICE was unable to identify an officer or officers who asked O.C.G. if he feared a return to Mexico.

7. At the time I signed my declaration on May 25, 2025, I believed the EARM

[1] ICE's ENFORCE Alien Removal Module (EARM) is a software tool that provides an integrated and comprehensive view of an alien's detention and removal status. The software permits staff to place comments into each alien's record regarding the status of their case, any court updates, or other relevant case information.

entries to be accurate.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, as of the time of signature.

Executed this 16th day of May, 2025.

BRIAN A ORTEGA Digitally signed by BRIAN A ORTEGA Date: 2025.05.16 14:40:40 -07'00'

Brian Ortega
Assistant Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# Exhibit 1

Person ID: [redacted]ex: **M** DOB: [redacted] Current Age [redacted] COB: **GUATE** COC: **GUATE**

Subject ID [redacted]Processing Disposition: **REINSTATEMENT OF DEPORT ORDER I-871**

Case # : [redacted]Case Category: **[16]** Docket: **EAZ - Closed Docket**

Final Order of Removal: **Yes**
Final Order Date: **05/06/2024**
Proceed With Removal: **Yes**
Days Final Order in Effect: **296**

Time in Custody: **N/A**
Depart / Cleared Status: **8-Excluded/Remov**

Special Class:

[redacted]

Detention History | Final Order of Removal

[redacted]

## Comments

**FILTER BY COMMENT TYPE**

- EARM
- EADM
- ATD

**SHOW / HIDE DELETED COMMENTS**

- Show Deleted Comments

**FILTER BY ENTERED DATE**

-- All Dates --

All of the following comments are related to Case # [redacted]
Results: 25 total

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| Date Entered | Entered By | Type | Comments |
|---|---|---|---|
| 02/21/2025 09:44 AM | [redacted] | EARM | Non citizen was positively identified for removal; 2 print via a biometric capturing device, face to photo comparison, and verbal confirmation of various I 213 biographical data points Subject does not have fear of returning to Mexico |
| 02/20/2025 05:17 PM | [redacted] | EARM | SDDO Subject is a Final Order No pending appeals No pending stays or filings with 9th CCA No impediments to removal Concur with Officers departure checks Subject meets criteria for Mexico and will be asked about fear prior to transport |
| 02/20/2025 05:10 PM | [redacted] | EARM | WHO GRANTED FOR GUATEMALA SUBJECT MEETS CRITERIA FOR OTM TO MEXICO |
| 02/20/2025 05:09 PM | [redacted] | EARM | Per the mandatory EAZ pre departure checklist the following checks were completed prior to removal SQ11, NN13, NN16, PCQS, BIA, EARM, PACER, PLANET, CIS, CLAIMS, DACA, KST Query, and medical BIA cleared no pending appeals A file forwarded to SDDO for review and concurrence of pre departure checks |
| 02/20/2025 04 26 PM | [redacted] | EARM | WHO granted to Guatemala Both parties waived Removal packet created Subject to be considered for OTM to Mexico |
| 02/12/2025 03 36 PM | [redacted] | EARM | Attorney Mario Alvarez successfully filed an electronic G 28 through ERO eFile on 2025 02 12 15 35 00 on behalf of subject Contact info is 602 345 1305 malvarez@firrp org The G 28 is available in the Supporting Information tab for download and placement in the A file |
| 01/21/2025 11 00 AM | [redacted] | EARM | Case follow up merits 02/19/2025 |
| NON-RESPONSIVE | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

**Comment Type Legend**

EARM: Case comments entered in the EARM system.
EADM: Detention comments entered in the EADM system.
ATD: Alternatives to Detention comments entered in the EARM system.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER