# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>    Defendants. | Case No. 25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION ON BEHALF OF PLAINTIFF O.C.G.** |

THIS MATTER comes before the Court on Plaintiff O.C.G.'s Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. Having considered the motion, the memorandum, and exhibits in support thereof, and all prior and subsequent pleadings and orders related to the motion and the applicable law, the Court ORDERS as follows:

1. Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

2. Defendants, all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ORDERED to immediately take all steps, including coordinating with Plaintiffs' counsel, to facilitate the immediate return of Plaintiff O.C.G. to the United States. Defendants shall report back to the Court within 2 days of this Order with an update as to the status of Plaintiff O.C.G.'s return.

It is so ORDERED this _____ day of May 2025.

                                                U.S. DISTRICT JUDGE BRIAN E. MURPHY