Manual Filing

of Flash Drive with

Digital Audio Recordings

Re: *D.V.D. v. U.S. Dep't of Homeland Sec.*

1:25-cv-10676-BEM (D. Mass.)

Attn: Barbara I. Beatty

Courtroom Clerk for Judge Brian E. Murphy

Submitted by

Counsel for Plaintiffs

FILED
IN CLERKS OFFICE
2025 MAY 20 AM 9:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

EXHIBIT A