UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>Defendants. | Case No. 25-cv-10676-BEM |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ON BEHALF OF CLASS MEMBERS N.M. AND T.T.P. AND ALL OTHER SIMILARLY SITUATED CLASS MEMBERS**

Plaintiffs respectfully request that the Court grant this Motion for a Temporary Restraining Order and Preliminary Injunction. The grounds for this motion are set forth in the accompanying memorandum of law, exhibits in support thereof, this Court's orders, Dkts. 64 86, and 91, and the applicable law. A proposed order also accompanies this motion.

This motion is being filed on an urgent basis because Plaintiffs' counsel has received evidence demonstrating that class member N.M., an individual with a final removal order to Myanmar, and T.T.P, an individual with a final order of removal to Vietnam, are being deported to South Sudan, potentially with other similarly situated class members. Plaintiffs' counsel has informed Defendants' counsel of the name and A number of class members N.M. and T.T.P.

1

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs believe that the Court can rule on the motion for a temporary restraining order without further hearing but will be available in the event that the Court schedules a hearing.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto*
Kristin Macleod-Ball*
Mary Kenney*
Tomas Arango
**NATIONAL IMMIGRATION
   LITIGATION ALLIANCE**
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4649
trina@immigrationlitigation.org

Matt Adams*
Leila Kang*
Aaron Korthuis*
Glenda M. Aldana Madrid*
**NORTHWEST IMMIGRANT
   RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes*
**HUMAN RIGHTS FIRST**
75 Broad Street, 31st Floor
New York, NY 10004
(212) 845-5244
HughesA@humanrightsfirst.org

*Attorneys for Plaintiffs*

* *Application for admission pro hac vice forthcoming*

Dated: May 20, 2025

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that, in accordance with Local Rule 7.1(a)(2), I emailed Defendants' counsel Mary Larakers, Matthew Seamon, and Elianis Perez at 12:04 pm ET on May 20, 2025 to inform counsel that class member N.M. was being deported to South Sudan without having had a reasonable fear interview and requested that Defendants take all steps to endure that N.M. and all other class members are not deported from the United States and, if the flight already disembarked, that it be immediately returned to the United States. My email further informed Defendants' counsel that Plaintiffs would file a TRO absent an immediate response.

At 12:09 pm ET, Defendants' counsel promptly responded that Defendant Department of Homeland Security (DHS) would be immediately informed.

At 2:07 pm ET, I sent another email to Defendants' counsel to inform them that a second class member, T.T.P. was being deported to South Sudan and indicated that we would file the instant motion as soon as was practicable.

At 2:10 pm ET, Defendants' counsel promptly responded that they would communicate to DHS.

These communications were an attempt to resolve the issues raised in this motion, but the parties were unable to reach a resolution.

 s/ *Trina Realmuto*
Trina Realmuto