**DECLARATION OF O▇▇ C▇▇▇▇ G▇▇▇▇▇**

I, O▇▇ C▇▇▇▇ G▇▇▇▇▇, make the following declaration based on my personal knowledge and declare under the penalty of perjury that the following is true and correct:

1. My name is O▇▇ C▇▇▇▇ G▇▇▇▇▇. I am over the age of 18 and am competent to testify regarding the matters described below.

2. Right now I am living in ▇▇▇▇▇▇▇ Guatemala. Since I arrived here, I have been living in hiding, in constant panic and constant fear. I've been here living this way for over two months.

3. I am living alone in a house my sister owns. I don't stay in any of the places I used to stay because the story is the same as ever here: gay people like me are targeted simply for who we are. This produces constant fear and panic. My mother and cousins and other relatives have been helping me out so that I don't have to go outside very much, because this situation is so dangerous for me.

4. I feel fear and the danger any time I go out. For me, it's not easy. The people who targeted me before know who I am and they have shown me twice before what they're capable of. I don't want to get attacked a third time. The first days when I got back, I had to go out and get groceries because I had nothing. And just then, one of those who had threatened me before passed on a motorcycle. I was out with a hat on and I do not think they spotted me, but I saw them. They are out here, and I don't feel safe. In any moment, I could go out and they could be walking there and they would recognize me. I have so much panic because of this.

5. When I leave, I wear hats and try to camouflage myself so that no one recognizes me and sees that I have returned. But living a normal life is impossible here, and I live in fear because of the past hateful incidences I experienced.

6. I can't be gay here, which means I cannot be myself. I cannot express myself and I am not free. I feel so vulnerable for many reasons – I can't be a person who can walk in the streets, who gets a coffee, or who buys groceries because someone might hit me or threaten me. Anything could happen to me in the street. My family is always warning me to be careful, be careful. The situation here has been so difficult for me here. Since I've been back, I've had to be more private. I can't be the same me as I was before, because I am constantly afraid. I am the smallest version of myself because I have so much more fear.

7. My experiences the last times that I was targeted and threatened demonstrate that the police here don't do anything. They do not support our community—that is, people who are not heterosexual and who are gay like me. There is so much discrimination: the police whisper and joke behind our backs. They do not ever support us the way we need. I don't want to be another number, another statistic,

and I do not want this to happen to me again. There is no justice for me here.

8. I never go to visit my mom because people know she is my mom and I don't want to expose either of us to the risk, I don't want people to continue to associate us. So I see her as little as possible, and only when she can come to me. My niece and others come and drop off things to me. My mother doesn't want me to expose myself too much or to be out in the streets too much. This situation is not easy for me nor for my family.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in ▮▮▮▮▮▮ Guatemala on May 22, 2025.

By: ▮▮▮▮▮▮
O▮▮ C▮▮ G▮▮

I, ___Sydney Maltese___, hereby certify that I am fully competent in both English and Spanish languages, that I have read the above English document to O▮▮ C▮▮ G▮▮ in true and accurate Spanish to the best of my ability, and that he has signed his name with full understanding of its contents.

Dated this _22_ day of May, 2025.

Sydney Maltese

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ *Aaron Korthuis*
Aaron Korthuis
Northwest Immigrant Rights Project
615 2nd Ave, Ste 400
Seattle, WA 98104
aaron@nwirp.org
