UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>       Defendants. | No. 1:25-cv-10676-BEM |

## DEFENDANTS' RESPONSE TO COURT'S MAY 21, 2025 ORDERS
## (ECF Nos. 120, 121)

On May 21, 2025, the Court ordered Defendants to submit several declarations and identify the aliens on the plane that was subject to the Court's inquiries during the May 20 and May 21, 2025 hearings. ECF No. 120-121. Pursuant to the Court's orders, Defendants submit the two attached declarations responding to ECF No. 121 and the Court's request that Defendants identify the aliens on the plane. Ex. A-B. Defendants are working diligently to respond to the Court's order regarding N.M. ECF No. 120.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | /s/*Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| ELIANIS N. PEREZ<br>Assistant Director | Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile) |
| MATTHEW P. SEAMON<br>Senior Litigation Counsel | mary.l.larakers@usdoj.gov |

## CERTIFICATE OF SERVICE

    I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 22, 2025

                                                    /s/ *Mary L. Larakers*
                                                    Mary L. Larakers
                                                    Senior Litigation Counsel