**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| D.V.D., *et al.*, | ) | |
|  | ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | |
|  | ) | |
| Plaintiffs, | ) | No. 1:25-cv-10676-BEM |
|  | ) | |
| v. | ) | |
|  | ) | |
| U.S. Department of Homeland Security, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |
|  | ) | |

**DEFENDANTS' MOTION TO SEAL DECLARATION OF**
**SECRETARY OF DEFENSE PETE HEGSETH**

i

Defendants hereby move the Court, pursuant to Federal Rule of Civil Procedure 26(c) and

Local Rule 7.2 to seal, in its entirety, the Declaration of the Secretary of Defense Pete Hegseth and

corresponding portions of Defendants' Motion for Reconsideration. This declaration contains

highly sensitive information concerning topics of national security. The disclosure of the sensitive

details in this declaration would adversely affect the interests of the United States. Undersigned

counsel for Defendants certifies pursuant to L.R. 7.1 that she contacted counsel for Plaintiffs who

indicated, via email, that they do not oppose this motion. Accordingly, Defendants respectfully

request that this Court grant Defendants' motion to seal.


Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

       I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                         /s/ *Mary L. Larakers*
                                         Mary L. Larakers
Dated: May 23, 2025                   Senior Litigation Counsel