UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D., *et al.*, <br><br>Individually and on behalf of all others similarly situated, <br><br>       Plaintiffs, <br><br>   v. <br><br>U.S. Department of Homeland Security, *et al.*, <br><br>       Defendants. | No. 1:25-cv-10676-BEM |

## DEFENDANTS' STATUS REPORT REGARDING O.C.G.

Consistent with the Court's May 23, 2025 order requiring an update "as to the status of O.C.G.'s return," ECF No. 132 at 13, Defendants report the following information which Defendants have provided to undersigned counsel:

1. The Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Phoenix Field Office made contact with O.C.G.'s attorneys over the May 24-25, 2025 weekend.

2. A Significant Public Benefit Parole packet has been approved and forwarded to Homeland Security Investigations (HSI) for approval.

3. ERO Phoenix is currently working with ICE Air to bring O.C.G. back to the United States on an Air Charter Operations (ACO) flight return leg.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | /s/*Matthew P. Seamon*<br>MATTHEW P. SEAMON<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MARY L. LARAKERS<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 598-2648<br>(202) 305-7000 (facsimile)<br>Matthew.Seamon2@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Matthew Seamon, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Matthew P. Seamon*
Matthew P. Seamon
Dated: May 28, 2025                    Senior Litigation Counsel