UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>        Defendants. | No. 1:25-cv-10676-BEM |

## DEFENDANTS' STATUS REPORT REGARDING MOTION FOR PROTECTIVE ORDER (ECF NO. 148)

In Defendants' Motion for Protective Order, Defendants indicated that they would "file a status report in seven days proposing a more realistic timeline for the production of responsive documents." ECF No. 148 at 9. Consistent with the aforementioned filing, Defendants hereby report that they are engaged in conferral with Plaintiffs concerning the issues raised in Defendants' Motion, with the objective of reaching a consensus regarding discovery deadlines and submitting a stipulation accordingly.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | /s/*Matthew P. Seamon*<br>MATTHEW P. SEAMON<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MARY L. LARAKERS<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 598-2648<br>(202) 305-7000 (facsimile)<br>Matthew.Seamon2@usdoj.gov |

## CERTIFICATE OF SERVICE

    I, Matthew Seamon, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                      /s/ *Matthew P. Seamon*
                                                                      Matthew P. Seamon
Dated: June 6, 2025                                      Senior Litigation Counsel