UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 1:25-cv-10676-BEM |

## DEFENDANTS' STATUS REPORT

Consistent with the Court's May 21, 2025 order (ECF No. 119), Defendants file this status report as an update to the reports they provided on May 25, 2025 and June 2, 2025. Defendants have informed undersigned counsel of the following:

1. All detainees that arrived in Djibouti remain there in the custody of the Department of Homeland Security (DHS).

2. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) has confirmed that they have provided the attorney contact information to each of the detainees, as requested by class counsel.

3. ICE ERO will provide detainees with reasonable and equitable access to telephones consistent with ICE ERO's National Detention Standards.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | /s/ *Matthew P. Seamon*<br>MATTHEW P. SEAMON<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MARY L. LARAKERS<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 598-2648<br>(202) 305-7000 (facsimile)<br>Matthew.Seamon2@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Matthew Seamon, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 9, 2025

/s/ *Matthew P. Seamon*
Matthew P. Seamon
Senior Litigation Counsel