UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>        Defendants. | Case No. 25-cv-10676<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to L.R. 83.5.3, Plaintiffs D.V.D., M.M., E.F.D., and O.C.G., through undersigned counsel, move for the *pro hac vice* admission of attorney Inyoung Hwang of Human Rights First. In support, Plaintiffs submit the declaration of Inyoung Hwang (Exhibit A). The declaration certifies that the declarant is a member in good standing of the bars in each jurisdiction in which she is admitted, is not the subject of any disciplinary proceedings, has never previously had a *pro hac vice* admission to this Court revoked for misconduct, and has read and agrees to comply with this Court's local rules. *See* L.R. 83.5.3(b), (e)(3).

Respectfully submitted,

*/s/ Tomas Arango*
Tomas Arango
**NATIONAL IMMIGRATION LITIGATION ALLIANCE**
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4649
tomas@immigrationlitigation.org

Dated: June 10, 2025

## CERTIFICATE OF SERVICE

I, Tomas Arango, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 10, 2025

*/s/ Tomas Arango*
Tomas Arango
