UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>    Defendants. | Case No. 25-cv-10676 |

## DECLARATION OF INYOUNG HWANG

I, Inyoung Hwang, certify the following in support of my request for admission *pro hac vice* in the above-captioned matter:

1. I am Senior Litigation Counsel with Human Rights First, 121 W 36th Street, PMB 520, New York, NY 10018. I am one of the attorneys for Plaintiffs in the above-captioned matter.

2. I am admitted to the New York State bar. I am also admitted to practice before the U.S. District Courts for the Southern and Eastern Districts of New York.

3. I am a member in good standing of every jurisdiction in which I have been admitted to practice.

4. I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 10, 2025, in New York, New York.


*/s/ Inyoung Hwang*
Inyoung Hwang
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
hwangs@humanrightsfirst.org
(212) 845-5236