UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>Defendants. | Case No. 25-cv-10676-BEM<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. respectfully notify this Court of undersigned counsel, Tomas Arango's, withdrawal as counsel for Plaintiffs pursuant to Local Rule 83.5.2(c). Counsel's withdrawal complies with Local Rule 83.5.2(c) as Plaintiffs continue to be represented by other counsel in this case. This notice of withdrawal as counsel is being served on all parties pursuant to the Court's CM/ECF system, thus satisfying Local Rule 83.5.2(d).

Respectfully submitted,

*/s/ Tomas Arango*
Tomas Arango
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(832) 739-9615
tomas@immigrationlitigation.org

Dated: June 13, 2025

## CERTIFICATE OF SERVICE

      I, Tomas Arango, hereby certify that on June 13, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel of record for all parties.

<u>/s/ *Tomas Arango*</u>
Tomas Arango
National Immigration Litigation Alliance