IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-10676-BEM |

### DECLARATION OF CHRISTOPHER A. HATFIELD

Christopher A. Hatfield, pursuant to 28 U.S.C. § 1746, declares as follows:

1.　　I am an attorney with the law firm of Ballard Spahr LLP, counsel for the Press Movants in the above-captioned matter. I am admitted to practice in this Court. I submit this declaration in support of the Press Movants' Motion to Intervene and Unseal Court Records. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

2.　　Attached hereto as Exhibit A is a true and correct copy of the public calendar for the United States District Court for the District of Massachusetts, Boston Division, for May 20, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025　　　　　　　　　　　　　　*/s/ Christopher A. Hatfield*
　　　　　　　　　　　　　　　　　　　　　　　　Christopher A. Hatfield