# Exhibit A

# United States District Court
# District of Massachusetts - Boston
# Calendar - Tuesday, May 20, 2025

Last Updated Tuesday, May 20, 2025 08:59 AM EDT

### Chief Judge F. Dennis Saylor IV - Courtroom 10 - 5th Floor

| 9:00 AM | 1:23-CR-10236 | United States (Barclay, Mundele) | v. | David S. Finnerty (Bailey, Garrity) | Jury Trial Day 2 |

### Chief Judge F. Dennis Saylor IV - Remote Proceeding Only : Boston

| 3:30 PM | 1:22-CV-10549 | Hunter (Barsellino, Borsellino) | v. | Chrispin et al (Moynihan, Bostwick, et al) | Telephone Status Conference |

### Judge Nathaniel M. Gorton - Courtroom 4 - 3rd Floor

| 11:00 AM | 1:24-CR-10195 | United States (Crowley, Hoefle, et al) | v. | Terrence Thibeau (Lopez, Mesinger) | Sentencing |
| 2:45 PM | 1:24-CR-10263 | United States (Mallard) | v. | Robert Santana (Grimaldi) | Pretrial Conference - Initial |
| 3:00 PM | 1:24-CR-10263 | United States (Mallard) | v. | Rosnel Polanco (Hackett) | Rule 11 Hearing Int - Rodriguez |

### Judge Nathaniel M. Gorton - En Banc Courtroom - 7th Floor

| 1:30 PM | | Attorney Admissions Ceremony | | | |

### Judge Indira Talwani - Courtroom 9 - 3rd Floor

| 3:00 PM | 1:23-CR-10031 | United States (Porter, Dell'Anno) | v. | Gerardo Garza (Huggard) | Sentencing |

# United States District Court
## District of Massachusetts - Boston
## Calendar - Tuesday, May 20, 2025

Last Updated Tuesday, May 20, 2025 08:59 AM EDT

### Judge Indira Talwani - Remote Proceeding Only : Boston

| | | | | | |
|---|---|---|---|---|---|
| 4:00 PM | 1:25-CV-10171 | 320 Fall River, LLC et al<br>(Carnevale) | v. | Seekonk, Town of et al<br>(Blake, Ecker) | Scheduling Conference |

### Judge Leo T. Sorokin - Courtroom 13 - 5th Floor

| | | | | | |
|---|---|---|---|---|---|
| 2:00 PM | 1:21-CR-10023 | United States<br>(Crowley, MacKinlay, et al) | v. | Moses Cabral<br>(Apfel) | Motion Hearing |

### Judge Allison D. Burroughs - Remote Proceeding Only : Boston

| | | | | | |
|---|---|---|---|---|---|
| 9:00 AM | 1:24-CV-11899 | Rodriques<br>(Bottaro, Palo) | v. | Family Dollar Stores of Massachusetts, LLC<br>(O'Leary, Ruotolo) | Status Conference |

### Judge Allison D. Burroughs - Courtroom 17 - 5th Floor

| | | | | | |
|---|---|---|---|---|---|
| 9:30 AM | 1:24-CV-11886 | Conservation Law Foundation, Inc.<br>(Manley, Nivison) | v. | Town of Barnstable, Massachusetts<br>(Mackey, Kadich, et al) | Motion Hearing |
| 12:00 PM | 1:17-CR-10321 | United States<br>(Cheng) | v. | Kevin Fraga<br>(O'Brien) | Revocation Superv Rls-FinalHrg |

### Judge Myong J. Joun - Courtroom 20 - 7th Floor

| | | | | | |
|---|---|---|---|---|---|
| 10:00 AM | 1:24-CR-10044 | United States<br>(Nuzum, Soto) | v. | Rambhai Patel<br>(Zone, Bailey) | Rule 11 Hearing |

**United States District Court**
**District of Massachusetts - Boston**
**Calendar - Tuesday, May 20, 2025**
Last Updated Tuesday, May 20, 2025 08:59 AM EDT

### Judge Myong J. Joun - Remote Proceeding Only : Boston

| 2:00 PM | 1:23-CV-10496 | Wright et al (Chapman, Duffy, et al) | v. | Cummins Inc. et al (Boesch, Chadwick, et al) | Status Conference |

### Judge Brian E. Murphy - Remote Proceeding Only : Boston

| 11:30 AM | 1:23-CV-11718 | Wirth (Hannon) | v. | Salesforce, Inc. (Parker) | Status Conference |
| 2:45 PM | 1:24-CV-10120 | Fife (Martin, Weaver) | v. | PAM Health Management, LLC (Dhaliwal, Lieberman) | Status Conference |

### Senior Judge William G. Young - Remote Proceeding Only : Boston

| 11:00 AM | 1:22-CR-10188 | United States (Foley, Sullivan) | v. | Wuesley Pelaez Vela (Owens) | Rule 11 Hearing- Interp: Carrie Lilley |
| 3:00 PM | 3:24-CV-00650 | Moms For America et al | v. | U.S. Dept. of Health and Human Services et al | Motion Hearing (Middle District of Florida) |

### Senior Judge William G. Young - Courtroom 18 - 5th Floor

| 2:00 PM | 1:25-CV-10772 | Linardon (Pro Se) | v. | Walsh et al (Ecker, Pearl) | Bench Trial |

### Judge Patti B. Saris - Remote Proceeding Only : Boston

| 9:30 AM | 1:22-CV-10901 | Biscan (Dravillas, Garber, et al) | v. | Shields Health Care Group, Inc. (O'Donnell, McCarron) | Hearing |

**United States District Court**
**District of Massachusetts - Boston**
**Calendar - Tuesday, May 20, 2025**
Last Updated Tuesday, May 20, 2025 08:59 AM EDT

### Senior Judge George A. O'Toole Jr. - Courtroom 22 - 7th Floor

| Time | Case | Plaintiff | | Defendant | Type |
|---|---|---|---|---|---|
| 10:00 AM | 1:23-CV-10835 | Persichini (Waterman) | v. | AutoZoners, LLC (Kern, Riley, et al) | Motion Hearing |
| 10:30 AM | 1:24-CV-12751 | In Re U.S. Credit, Inc. | | | Motion Hearing |
| 2:00 PM | 1:25-CV-10040 | Greaves (Kress, Brodeur-McGan) | v. | Pick Five Imports, Inc., et al (Nahigian) | Scheduling Conference |
| 2:00 PM | 1:25-CV-10042 | Ronci (Gunning) | v. | Penske Leasing and Rental Company et al (Tucker) | Scheduling Conference |
| 2:00 PM | 1:25-CV-10275 | Burns et al (Cohen, Konowitz, et al) | v. | Bellingham Public Schools et al (Gill, Louison) | Scheduling Conference |
| 2:00 PM | 1:25-CV-10389 | Escher et al (Guida, Bergstrom, et al) | v. | Noble et al (Gohlke, Louison, et al) | Scheduling Conference |
| 2:30 PM | 1:21-CV-10510 | Lin (Perl) | v. | Zhong et al | Motion Hearing |

### Chief Magistrate Judge Donald L. Cabell - Remote Proceeding Only : Boston

| Time | Case | Plaintiff | | Defendant | Type |
|---|---|---|---|---|---|
| 9:30 AM | 1:21-CV-11686 | Adams et al (Bradford, Chambers, et al) | v. | Mass General Brigham Incorporated (Kappelman, McGurn, et al) | Motion Hearing |

### Magistrate Judge M. Page Kelley - Courtroom 24 - 7th Floor

| Time | Case | Plaintiff | | Defendant | Type |
|---|---|---|---|---|---|
| 11:00 AM | 1:21-CR-10276 | United States (Cheng, Pohl) | v. | Demone Coleman (Hanye, O'Neill-Greenberg) | Detention Hearing |

# United States District Court
## District of Massachusetts - Boston
## Calendar - Tuesday, May 20, 2025

Last Updated Tuesday, May 20, 2025 08:59 AM EDT

### Magistrate Judge M. Page Kelley - Remote Proceeding Only : Boston

| 2:15 PM | 1:25-CR-10183 | United States (Tobin) | v. | Daniel Debreczeni (Amendola) | Arraignment |

### Magistrate Judge Paul G. Levenson - Remote Proceeding Only : Boston

| 9:30 AM | 1:24-CR-10353 | United States (Feldman) | v. | Adika Manigo (Kelleher) | Interim Status Conference |

David Golisano (Jeruchim)

Damien Hunt (Day)

| 10:00 AM | 1:24-CR-10173 | United States (Feldman) | v. | Reginel Cazares (Shea, LaRocque) | Final Status Conference |

Luis Ramon Feliz Santana (Masferrer)

### Magistrate Judge Marianne B. Bowler - Courtroom 7 - 3rd Floor

| 10:30 AM | 1:24-CV-10424 | Crowley et al (Ballin, Johnson) | v. | Portillo et al (Fay, Ferguson) | ADR Hearing |

### Magistrate Judge Robert B. Collings - Remote Proceeding Only : Boston

| 11:00 AM | 1:24-CV-11514 | Conservation Law Foundation Inc. (Gehi, Govern) | v. | Patriot Beverages, LLC et al (Marshall, Rosende, et al) | ADR Hearing |