UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>  Defendants. | Civil Action No. 25-cv-10676-BEM |

**PLAINTIFFS' RESPONSE TO
PRESS MOVANTS' MOTION TO INTERVENE TO UNSEAL RECORDS (DKT. 159)**

Case 1:25-cv-10676-BEM   Document 167   Filed 06/16/25   Page 2 of 4

Plaintiffs, D.V.D., M.M., E.F.D., and O.C.G., by and through their counsel, do not oppose the motion filed by The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, National Public Radio, Inc., Reuters News & Media Inc., and WP Company LLC d/b/a The Washington Post (collectively, Press Movants), *see* Dkts. 159 (motion) and 163 (memorandum in support). The Press Movants seek to intervene for the limited purpose of unsealing the declaration by Secretary of Defense Pete Hegseth (Hegseth Declaration) and the sealed portion of the transcript of the May 21, 2025, hearing. Plaintiffs agree that Press Movants have a First Amendment right to access those records, and that Defendants themselves already have made much, but not all, of the information in the sealed records public.

Respectfully submitted,

s/*Trina Realmuto*

Trina Realmuto*
Kristin Macleod-Ball*
Mary Kenney*
**NATIONAL IMMIGRATION LITIGATION ALLIANCE**
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4649
trina@immigrationlitigation.org

Anwen Hughes*
Inyoung Hwang*
**HUMAN RIGHTS FIRST**
121 W. 36th St., PMB 520
New York, NY 10018

Matt Adams*
Leila Kang*
Aaron Korthuis*
Glenda M. Aldana Madrid*
**NORTHWEST IMMIGRANT RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

*Attorneys for Plaintiffs*

\* *Admitted pro hac vice*

June 16, 2025

1

2

## CERTIFICATE OF SERVICE

      I, Trina Realmuto, hereby certify that on June 16, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel of record for all parties.

<u>/s/ *Trina Realmuto*</u>
Trina Realmuto
National Immigration Litigation Alliance

3