AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-10676-BEM |
| U.S. Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs                                                                                              .

Date:   06/12/2025                                              /s/ Inyoung Hwang
                                                                              *Attorney's signature*

                                                                              Inyoung Hwang
                                                                              *Printed name and bar number*
                                                                              Human Rights First
                                                                              121 West 36th St., PMB 520
                                                                              New York, NY 10018

                                                                              *Address*

                                                                              HwangS@humanrightsfirst.org
                                                                              *E-mail address*

                                                                              (212) 845-5236
                                                                              *Telephone number*

                                                                              *FAX number*