# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D., et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>  Defendants. | Case No. 1:25-cv-10676-BEM<br><br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of this Court and all parties of record.

**PLEASE TAKE NOTICE** that Isabella Salomão Nascimento, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as counsel in this action on behalf of Proposed Intervenors The New York Times Company, American Broadcasting Companies, Inc. d/b/a ABC News, Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, National Public Radio, Inc., Reuters News & Media Inc., and WP Company LLC d/b/a The Washington Post (together, the "Press Movants"). Any and all further correspondence directed to Press Movants regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and/or at the address below.

1

2

Dated: June 16, 2025

Respectfully submitted,

**BALLARD SPAHR LLP**

*/s/ Isabella Salomão Nascimento*

Isabella Salomão Nascimento
2000 IDS Center, 80 S. 8th St.
Minneapolis, MN 55406
Telephone: 612-371-3281
Facsimile: 612-371-3207
salomaonascimentoi@ballardspahr.com

*Attorney for the Press Movants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of June, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will serve all parties of record in the case.

*/s/ Isabella Salomão Nascimento*
Isabella Salomão Nascimento
