UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>       Defendants. | No. 1:25-cv-10676-BEM |

## DEFENDANTS' STATUS REPORT

Consistent with the Court's May 21, 2025 order (ECF No. 119), Defendants file this status report as an update to the reports they provided on May 25, 2025, June 2, 2025, and June 9, 2025. On June, 11, 2025, counsel for Defendants provided counsel for Plaintiffs with additional information including: (1) the alien numbers of the aliens in DHS custody in Djibouti, and (2) contact information for the aliens including an ICE point of contact who can arrange communications with the aliens.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General | /s/ *Matthew P. Seamon*<br>MARY L. LARAKERS<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MATTHEW P. SEAMON<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov |

## CERTIFICATE OF SERVICE

    I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 16, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel