UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| D.V.D., *et al.*, | ) | |
| | ) | |
| Individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:25-cv-10676-BEM |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' STATUS REPORT

Consistent with the Court's May 21, 2025 order (ECF No. 119), Defendants file this status report as an update to the reports they provided on May 25, 2025, June 2, 2025, June 9, 2025, and June 16, 2025. On June 23, 2025, the Supreme Court issued a stay of the preliminary injunction issued in this case. Defendants are currently assessing the Supreme Court's decision to determine next steps.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General | /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MATTHEW P. SEAMON<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov |

## CERTIFICATE OF SERVICE

    I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 23, 2025

                                                                             /s/ *Mary L. Larakers*
                                                                             Mary L. Larakers
                                                                             Senior Litigation Counsel