UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>  Defendants. | Case No. 25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION ON BEHALF OF CLASS MEMBERS E.A.H., J.M.R., T.N., J. M.-G., K.M., D.D., N.M., AND T.T.P. TO ENFORCE ORDER ON REMEDY (DKT. 119) AND ALTERNATIVE MOTION FOR INDIVIDUAL TEMPORARY RESTRAINING ORDERS AND PRELIMINARY INJUNCTIONS** |

THIS MATTER comes before the Court on Plaintiffs' Emergency Motion on Behalf of Class Members E.A.H., J.M.R., T.N., J.M.-G., K.M., D.D., N.M., and T.T.P. to Enforce Order on Remedy (Dkt. 119) and Alternative Motion for Individual Temporary Restraining Orders and Preliminary Injunctions. Having considered the motion, the memorandum and exhibits in support thereof, and any subsequent submissions, and the applicable law, the Court ORDERS as follows:

1. Plaintiffs' Motion is GRANTED.

2. Defendants, and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ORDERED to maintain custody of Class Members of E.A.H., J.M.R., T.N., J. M.-G., K.M., D.D., N.M., and T.T.P. and are ENJOINED and RESTRAINED from removing them to South

    Sudan or any other third country until Defendants have complied with all terms of the Order on Remedy for Violation of Preliminary Injunction, Dkt. 119.[1]

3. Defendants are also ORDERED to continue to provide status reports as required by the Order on Remedy for Violation of Preliminary Injunction, *see* Dkt. 119 at 2, as to all eight individuals.

It is so ORDERED.

DATED this _____ day of June 2025.

_____
U.S. DISTRICT JUDGE BRIAN E. MURPHY

---

[1] "DHS, in its discretion, may elect to provide this process to the six individuals either within the United States—should it choose to return them to the United States—or abroad, if at all relevant times DHS retains custody and control over the individuals in conditions commensurate to those the individuals would be housed in were they still in DHS's custody within the United States." Dkt. 119 at 2.