UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D., *et al.*, <br><br> Individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:25-cv-10676-BEM |

**JOINT MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY REGARDING INTERVENORS' MOTION TO UNSEAL**

Defendants and Intervenors respectfully and jointly move to alter the briefing schedule regarding Intervenors' Motion to Intervene[1] and Unseal Court Records (ECF No. 163) (the "Motion"). Defendants request a ten (10) day extension of time, until July 7, 2025, to file their response to the Motion, to which Intervenors consent, and Intervenors request leave to file a reply by July 18, 2025, to which Defendants consent.[2] This motion is made for good cause and not for purposes of delay. Defendants seek additional time to continue their review of the relevant records to determine the information that may be unsealed. Intervenors seek to file a reply to aid in the Court's resolution of their Motion over any remaining areas of dispute. Accordingly, Defendants and Intervenors respectfully request that this Court grant this motion.

---

[1] Defendants do not oppose Intervenors' intervention for the sole purpose of seeking to unseal the court records that are the subject of their Motion.

[2] Counsel for Plaintiffs indicated, via email on June 25, 2025, that they take no position on this motion.

1

| | |
|---|---|
| Dated: June 25, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>ELIANIS N. PEREZ<br>Assistant Director<br><br>/s/*Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov<br><br><br>BALLARD SPAHR LLP<br><br>/s/ *Christopher A. Hatfield*<br>Christopher A. Hatfield (BBO No. 688386)<br>Maxwell S. Mishkin (*pro hac vice*)<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2263 \| Fax: (202) 661-2299<br>hatfieldc@ballardspahr.com<br>mishkinm@ballardspahr.com<br><br>Isabella Salomão Nascimento (*pro hac vice*)<br>2000 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-3281 \| Fax: (612) 371-3207<br>salomaonascimentoi@ballardspahr.com<br><br>*Counsel for the Press Movants* |