UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| D.V.D., *et al.*, | ) | |
| | ) | |
| Individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:25-cv-10676-BEM |
| | ) | |
| v. | ) ) | |
| U.S. Department of Homeland Security, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | |

**DEFENDANTS' STATUS REPORT**

Consistent with the Court's May 21, 2025 order (ECF No. 119), Defendants file this status report as an update to the reports they provided on May 25, 2025, June 2, 2025, June 9, 2025, June 16, 2025 and June 23, 2025. On June 23, 2025, the Supreme Court issued a stay of the preliminary injunction issued in this case. That same day, this Court issued an order declaring that "the May 21, 2025 Order on Remedy, Dkt. 119, remains in full force and effect." ECF No. 176. On June 24, 2025, Defendants moved to clarify the Supreme Court's order granting a stay of the preliminary injunction. Defendants await an order from the Supreme Court. The eight aliens remain in DHS's custody in Djibouti.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Acting Assistant Attorney General | /s/ *Mary L. Larakers*<br>MARY L. LARAKERS<br>Senior Litigation Counsel |
| ELIANIS N. PEREZ<br>Assistant Director | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station |
| MATTHEW P. SEAMON<br>Senior Litigation Counsel | Washington, DC 20044<br>(202) 353-4419<br>(202) 305-7000 (facsimile)<br>Mary.l.larakers@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 30, 2025

/s/ *Mary L. Larakers*
Mary L. Larakers
Senior Litigation Counsel