**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| D.V.D., *et al.*, | ) |
| | ) |
| Individually and on behalf of all others | ) |
| similarly situated, | ) |
| | ) |
| Plaintiffs, | ) No. 1:25-cv-10676-BEM |
| | ) |
| v. | ) |
| | ) |
| U.S. Department of Homeland Security, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DEFENDANTS' AMENDED NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's preliminary injunction (ECF No. 64) and subsequent orders regarding the injunction (ECF Nos. 86, 91, 116, 118, 119, 132, 135, 176) entered in this action.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MATTHEW P. SEAMON
Senior Litigation Counsel

/s/*Mary L. Larakers*
MARY L. LARAKERS
(Texas Bar # 24093943)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Mary Larakers, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ <u>*Mary L. Larakers*</u>
Mary L. Larakers
Senior Litigation Counsel

Dated: June 30, 2025