**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: _D.V.D. et al v. U.S. Department of Homeland Security et al_

District Court Number: _25cv10676-BEM_

---

Fee: Paid? Yes ____ No ____ Government filer _X_ _In Forma Pauperis_ Yes ____ No ____

---

Motions Pending   Yes _X_ No ____   Sealed documents   Yes _X_ No ____
_If yes, document #_   _159_   _If yes, document #_   _17,72,110,113,123,124,125,126,129,130,148_

_Ex parte_ documents   Yes ____ No _X_   Transcripts   Yes _X_ No ____
_If yes, document #_   _If yes, document #_   _44,74,101,145_

---

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#64, #86, #91, #116, #118, #119, #132, #135, #176

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#64, #86, #91, #116, #118, #119, #132, #135, #176, and #180

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _180_ filed on _June 30, 2025_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _July 1, 2025_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**