UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>　　　　Defendants. | Civil Action No. 25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1** |

THIS MATTER comes before the Court on Plaintiffs' Motion for an Indicative Ruling under Federal Rule of Civil Procedure 62.1. Having considered the motion, the parties' briefing, and the applicable law, the Court ORDERS and STATES as follows:

1. Plaintiffs' Motion for an Indicative Ruling under Federal Rule of Civil Procedure 62.1 is GRANTED.

2. The Court would dissolve the previously issued preliminary injunction if the U.S. Court of Appeals for the First Circuit remands the appeal of the preliminary injunction in Case No. 25-1393.

It is so ORDERED.

DATED this ____ day of _____ 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE BRIAN E. MURPHY