# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 25-cv-10676-BEM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STAY DISCOVERY RELATED TO TRO COMPLIANCE AND EXPEDITE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

THIS MATTER comes before the Court on Plaintiffs' motion to temporarily stay discovery on Defendants' alleged violations of this Court's Temporary Restraining Order so that the parties and the Court can focus their limited resources on resolving the merits, and to expedite scheduling a hearing on Plaintiffs' motion for partial summary judgment after the close of briefing. Having considered the motion, the parties' briefing, and the applicable law, the Court STATES and ORDERS as follows:

1. Plaintiffs' Motion is GRANTED.

2. Discovery on Defendants' alleged violations of this Court's Temporary Restraining Order is STAYED until the conclusion of briefing on Plaintiffs' motion for partial summary judgment.

3. The parties are ORDERED to file a joint status report within 10 days of the conclusion of briefing on Plaintiffs' motion for partial summary judgment proposing an amended discovery schedule.

4.  The Court will set a hearing on Plaintiffs' motion for partial summary judgment on

_____, 2005 at _____AM/PM.


It is so ORDERED.

DATED this _____ day of _____ 2025.


_____
U.S. DISTRICT JUDGE BRIAN E. MURPHY