# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 1:25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH AND FOR RELIEF FROM DISCOVERY** |

Upon consideration of Defendants' Motion to Quash and For Relief from Discovery (ECF No. 197), and for good cause shown, the Court hereby GRANTS Defendants' Motion.

DATED: July _____, 2025

_____
Hon. Brian E. Murphy
UNITED STATES DISTRICT JUDGE

i