# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Case No. 25-cv-10676-BEM |

## JOINT STIPULATION TO VACATE L.R. 16.1(d) JOINT STATEMENT DEADLINE

Plaintiffs D.V.D., M.M., E.F.D., and O.C.G. ("Plaintiffs") and Defendants U.S. Department of Homeland Security (DHS), *et al.* (the parties) hereby stipulate that the current July 24, 2025 deadline to file a joint discovery and case management statement per Local Rule 16.1(d) be vacated. In support of this, the parties state the following:

- On July 3, 2025, the Court ordered the parties to "confer and submit a joint statement regarding discovery and case management, per Local Rule 16.1(d), no later than July 24, 2025." Dkt. 187.

- On July 15, 2025, Plaintiffs filed a Motion for Indicative Ruling (Dkt. 191), Motion to Stay Discovery Related to TRO Compliance (Dkt. 195), and Motion for Partial Summary Judgment (Dkt. 193).

- On July 18, 2025, Defendants filed a Motion to Quash and for Relief from Discovery Order

(ECF No. 197).

- On July 23, 2025, the Court issued an order "directing the Parties to meet and confer on Plaintiffs' Motion for an Indicative Rule (Dkt. [191]) and Motion to Stay Discovery (Dkt. [195]) and submit a joint status report by 3:00 p.m. on Friday, July 25, 2025." Dkt. 198.

In light of these recent filings, as well as the Court's order directing the parties to submit a joint status report on July 25, the parties have conferred and respectfully submit that it would not be productive to address the discovery and case management topics in a L.R. 16.1(d) statement at this time because those topics will necessarily depend on the outcome of the parties' pending motions (Dkts. 191, 193, 195, 197). Instead, the parties request leave to address a new proposed deadline for filing a L.R. 16.1(d) statement in the joint status report that they file with the Court on Friday, July 25.

2

Respectfully submitted,

s/*Trina Realmuto*
_____
Trina Realmuto*
Kristin Macleod-Ball*
Mary Kenney*
Tomás Arango
**NATIONAL IMMIGRATION
    LITIGATION ALLIANCE**
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams*
Leila Kang*
Aaron Korthuis*
Glenda M. Aldana Madrid*
**NORTHWEST IMMIGRANT
    RIGHTS PROJECT**
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes*
Inyoung Hwang*
**HUMAN RIGHTS FIRST**
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5244
HughesA@humanrightsfirst.org

*Attorneys for Plaintiffs and Class Members*

* *Admitted pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS N. PEREZ
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

s/ *Matthew P. Seamon*
MATTHEW P. SEAMON
(California Bar #309249)
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-2648
(202) 305-7000 (facsimile)
Matthew.Seamon2@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ *Matthew P. Seamon*
MATTHEW P. SEAMON
Senior Litigation Counsel

Dated: July 23, 2025