UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | No. 1:25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS** |

Upon consideration of Defendants' Motion to Stay Proceedings (ECF No. 206), and for good cause shown, the Court hereby GRANTS Defendants' Motion. This case and all deadlines are hereby stayed pending the final resolution of Defendants' appeal of the preliminary injunction.

DATED: August _____, 2025

_____
Hon. Brian E. Murphy
UNITED STATES DISTRICT JUDGE