**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., | |
| Plaintiffs, | Case No. 25-cv-10676-BEM |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, | |
| Defendants. | |

**DEFENDANTS' MOTION TO EXTEND DEADLINE TO**
**RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants respectfully move for an extension of time to respond to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 193). Specifically, Defendants ask the Court to extend their deadline to respond until 21 days after the Court rules on Defendants' pending Motion to Stay Proceedings Pending Appeal (ECF No. 206). Defendants' response is currently due August 5, 2025. This is Defendants' first request for an extension of this deadline. Plaintiffs oppose this motion.

There is good cause for this motion as follows:

1. On July 13, 2025, Plaintiffs filed a Motion for Partial Summary Judgment. ECF No. 193. Accordingly, Defendants' response is currently due today, August 5, 2025.

2. On August 1, 2025, Defendants filed a Motion to Stay Proceedings Pending Appeal. ECF

1

No. 206. That motion seeks to stay all proceedings in this case, including summary judgment briefing and further litigation on the merits of Plaintiffs' claims, pending the outcome of Defendants' pending appeal of this Court's preliminary injunction. ECF No. 69.

3. If Defendants' stay motion is granted, the parties will not engage in further summary judgment briefing until after the appeal is resolved. Accordingly, an extension is warranted to preserve the Court's and the parties' resources and prevent the expenditure of time and resources on briefing that the Court may ultimately determine to be unnecessary.

4. Furthermore, Plaintiffs' motion for partial summary judgment raises numerous substantive issues and Defendants require additional time to prepare an appropriate response. This is particularly true because Defendants have not yet answered or otherwise responded to the Complaint. *See* ECF No. 187 (granting Defendants' motion to extend answer deadline to September 5, 2025).

5. Accordingly, Defendants ask the Court to extend their deadline to respond to Plaintiffs' motion by 21 days after a ruling on Defendants' motion to stay proceedings.


Respectfully submitted,

BRETT A. SHUMATE                          /s/*Matthew P. Seamon*
Assistant Attorney General                MATTHEW P. SEAMON
                                          Senior Litigation Counsel
DREW C. ENSIGN                            U.S. Department of Justice, Civil Division
Deputy Assistant Attorney General         Office of Immigration Litigation
                                          P.O. Box 868, Ben Franklin Station
ELIANIS N. PEREZ                          Washington, DC 20044
Assistant Director                        (202) 598-2648
                                          (202) 305-7000 (facsimile)
MARY L. LARAKERS                          Matthew.Seamon2@usdoj.gov
Senior Litigation Counsel

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

I, Matthew Seamon, certify that pursuant to L.R. 7.1(a)(2), counsel for Defendants conferred with counsel for Plaintiffs, who oppose this motion.

/s/ <i>Matthew P. Seamon</i>
MATTHEW P. SEAMON
Senior Litigation Counsel

Dated: August 5, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew Seamon, Senior Litigation Counsel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

s/ <i>Matthew P. Seamon</i>
MATTHEW P. SEAMON
Senior Litigation Counsel

Dated: August 5, 2025