**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 25cv10676-BEM
USCA Docket Number: (25-1393) (25-1631)

D.V.D. et al

v.

U.S. Department of Homeland Security et al

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents  X  electronic documents:

**Main Documents:**

Document Numbers: ECF No. 212 Memorandum and Order

**Other Documents:**

Sealed Records:

Document Numbers: 

*Ex parte* Records:

Document Numbers: 

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 2, 2025.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals