UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | No. 1:25-cv-10676-BEM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***UNOPPOSED*** **MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Good cause having been shown, Defendants' Motion to Extend Time to Respond to Plaintiffs' Complaint (ECF No. 214) is GRANTED. It is hereby ORDERED that Defendants' time to answer or otherwise respond to Plaintiffs' complaint is extended until 21 days after this Court rules on Defendants' Motion to Stay Proceedings Pending Appeal (ECF No. 206).


DATED: September _____, 2025　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Brian E. Murphy
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE