UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity,<br><br>    Defendants. | Civil Action No. 25-cv-10676-BEM |

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| A | Declaration of Alma Leonie David, dated November 14, 2025 |
| B | Declaration of Sibusiso Magnificent Nhlabatsi, dated November 14, 2025, and *Sibusiso Magnificent Nhlabatsi v. The Commissioner of Correctional Services & Another* [1623/2025] [2025] SZHC 224 (Oct. 27, 2025) (Decision of High Court of Eswatini) |
| C | Declaration of ▇▇▇▇▇▇▇▇▇▇, dated November 14, 2025 |
| D | Declaration of Mia Unger, dated November 14, 2025 |
| E | Declaration of Ana Dionne-Lanier, dated November 13, 2025 |
| F | Declaration of ▇▇▇▇▇, dated November 13, 2025 |
| G | Declaration of Jacqueline M. Brown, dated November 12, 2025 |
| H | Declaration of ▇▇▇▇▇▇., dated November 11, 2025 |
| I | Declaration of Derrick J. Hensley, dated November 10, 2025 |
| J | Declaration of ▇▇▇▇▇▇▇, dated November 7, 2025 |
| K | Declaration of ▇▇▇▇▇▇▇▇▇▇, dated October 28, 2025 |
| L | Declaration of Jessica A. Dawgert, dated October 8, 2025 |

1

CERTIFICATE OF SERVICE

I hereby certify that this document and the referenced exhibits filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

s/ <u>*Trina Realmuto*</u>
Trina Realmuto
National Immigration Litigation Alliance

Dated: November 14, 2025