**DECLARATION OF** ▮

I, ▮, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is ▮. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am a citizen of Guatemala. Before I was deported, I lived in Phoenix, Arizona.

3. I first arrived in the United States in 1990. I left Guatemala because my father was kidnapped in front of me, and my family and I were threatened that we would be killed if we did not turn him in.

4. In spring 2021, I won protection under the Convention Against Torture (CAT) from Guatemala. I was released from immigration detention about a month later.

5. The U.S. Department of Homeland Security detained me again on or around July 29, 2025. My brother tried to hire an attorney to stop my deportation, but I only met with the attorney my brother paid one time, and I do not think he ever filed anything on my behalf.

6. One night, officers at the detention center told me to get out of bed and forced me to the rec field. The officers told me for the first time that they might deport me Mexico. I did not know before this that they were thinking of deporting me to Mexico. They told me to sign a deportation paper, but I refused. One officer said I was going to be deported no matter what I said. Another officer threatened to send me to Alligator Alcatraz or spend the rest of my life detained if I did not sign. I tried to express my fear of being deported to Mexico.

7. Another night, officers made me get out of bed in the middle of the night and told me that I was going to be deported to Guatemala. I had a piece of paper from an immigration website that my brother gave me that said I had CAT protection. Eventually, officers put me back in the detention center.

8. I did not get an interview where I could tell an asylum officer why I was afraid before I was deported, although I put in two requests to speak with a deportation officer about a credible fear interview. Other than briefly crossing through Mexico when my family fled Guatemala in 1990, I have no connection to Mexico and, at the time I was deported, I did not know anything about the current conditions here.

9. On about September 5, 2025, I was deported by van from Florence, Arizona to Nogales, Mexico. The night before, about four other men and I were moved into cells in the center of the Florence ICE Detention Center. They held us there all night. One officer told me that he knew that I got CAT from Guatemala but that they were still going to deport me

EXHIBIT K

anyway. He said they were going to move us to Louisiana because it was closer to the border, but I thought that was a lie. They did not tell me I was going to be deported to Mexico. They forced us, with our hands and ankles handcuffed, into a van. I only realized I was being deported to Mexico when I saw the signs that I was in Nogales, Arizona, which is right on the border of Nogales, Mexico.

10. After we arrived in Nogales, the U.S. Border Patrol officers transporting us pepper sprayed us to force us out of the van. Then, the Mexican National Guard transported us to Hermosillo, Sonora, then to Janos, Chihuahua, and finally Villahermosa, Tabasco. Some other recently deported people that we picked up in Janos told me Guatemalans were going to be deported to Guatemala because the United States and Mexico had made a deal. I was terrified.

11. I feel totally unsafe in Mexico. I feel hopeless and tried to take my life three weeks ago. My anxiety and depression are at their lowest. I am terrified to go outside because I heard that Mexican cartels are kidnapping foreigners in Mexico. I have no money or income. It's like I'm starving to death. All of my family and loved ones live in the United States. I want to return home.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.

Executed this 28.00 day of October 2025 at Villahermosa, Tabasco, Mexico.

