UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 25-cv-10676-BEM <br><br> **NOTICE TO WITHDRAW DECLARATIONS (DKTS. 227 – 227-12)** |

Plaintiffs hereby give notice that they withdraw the declarations, filed on November 14, 2025, in support of their motion for partial summary judgement. Specifically, Plaintiffs withdraw Dkt. 227, Dkt. 227-1, Dkt. 227-2, Dkt. 227-3, Dkt. 227-4, Dkt. 227-5. Dkt. 227-6, Dkt. 227-7, Dkt. 227-8, Dkt. 227-9, Dkt. 227-10, Dkt. 227-11, and Dkt. 227-12.

Respectfully submitted,

s/ *Trina Realmuto*

Trina Realmuto
Kristin Macleod-Ball
Mary Kenney
NATIONAL IMMIGRATION
   LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org

Matt Adams
Leila Kang
Aaron Korthuis
Glenda M. Aldana Madrid
NORTHWEST IMMIGRANT
   RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

Anwen Hughes
Inyoung Hwang
HUMAN RIGHTS FIRST
121 W. 36th St., PMB 520
New York, NY 10018
hughesa@humanrightsfirst.org

*Attorneys for Plaintiffs and Class Members*

November 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 18, 2025

s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance
