**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| D.V.D.; M.M.; E.F.D.; and O.C.G., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; Kristi NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; Pamela BONDI, U.S. Attorney General, in her official capacity; and Antone MONIZ, Superintendent, Plymouth County Correctional Facility, in his official capacity, <br><br> Defendants. | Civil Action No. 25-cv-10676-BEM |

**INDEX OF EXHIBITS IN SUPPORT OF**
**PLAINTIFFS' REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT**
**AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

| Exhibit | Description |
|---|---|
| A | Second Declaration of Tin Thanh Nguyen, dated November 13, 2025 |
| B | Declaration of Alma Leonie David, dated December 5, 2025 |
| C | Declaration of Sibusiso Magnificent Nhlabatsi, dated November 14, 2025, and Attachment (*Sibusiso Magnificent Nhlabatsi v. The Commissioner of Correctional Services & Another* [1623/2025] [2025] SZHC 224 (Oct. 27, 2025) (Decision of High Court of Eswatini)) |
| D | Declaration of Jacqueline M. Brown, dated November 12, 2025 |
| E | Declaration of Anwen Hughes, dated December 7, 2025 |
| F | Declaration of Mia Unger, dated November 14, 2025 |
| G | Declaration of Patrick Taurel, dated December 5, 2025, and Attachments (Declarations of K.S., E.A., and D.A., submitted in *D.A. v. Noem*, No. 1:25-cv-03135 (D.D.C.)) |
| H | Declaration of Hannah Bridges, dated December 4, 2025 |
| I | Declaration of Juanita Goebertus, dated December 5, 2025 |
| J | Second Declaration of Guadalupe Perez, dated November 28, 2025 |
| K | Declaration of Ana Dionne-Lanier, dated November 13, 2025 |
| L | Declaration of Derrick J. Hensley, dated November 10, 2025 |
| M | Declaration of Jessica A. Dawgert, dated October 8, 2025 |

1

| N | Declaration of Florence Weinberg, dated December 5, 2025 |
|---|---|
| O | Letter re: Coercive Third Country Deportations and Abusive Conditions of Confinement in Immigration Detention at Fort Bliss, TX (Camp East Montana), dated December 8, 2025, and Attachments (Exhs. A – D, Declarations of "Isaac," "Benjamin," "Abel," and "Eduardo"), available at https://www.aclu.org/documents/ice-letter-re-fort-bliss and https://www.aclu.org/documents/fort-bliss-declarations-december-2025 |
| P | Declaration of Laura Belous, dated December 8, 2025, and Attachments (Plaintiff O.C.G.'s release order and Order of Supervision) |
| Q | Declaration of ███████████████, dated November 19, 2025 |
| R | Declaration of ██████████, dated November 28, 2025, and Attachments (copies of electronic tickets for flights from Nicaragua to Caracas, Venezuela and from Caracas, Venezuela to Tehran, Iran) |
| S | Declaration of ██████████████████, dated November 14, 2025 |
| T | Declaration of ██████████, dated November 13, 2025 |
| U | Declaration of ███████████████, dated November 26, 2025 |
| V | Declaration of █████████████████, dated November 14, 2025 |
| W | Declaration of ██████████, dated November 11, 2025 |
| X | Declaration of ████████████, dated November 7, 2025 |
| Y | Declaration of ████████████████, dated October 28, 2025 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF).


s/ *Trina Realmuto*
Trina Realmuto
National Immigration Litigation Alliance


Dated: December 8, 2025