# DECLARATION OF LAURA BELOUS

I, Laura Belous, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am an attorney at the Florence Immigrant & Refugee Rights Project (FIRRP). My business address is P.O. Box 86299 Tucson, AZ 85754. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am an attorney for O.C.G., one of the named Plaintiffs in *D.V.D. v. DHS*, No. 1:25-cv-10676-BEM (D. Mass.).

3. On September 30, 2025, after O.C.G. was returned to the United States, an immigration judge ordered him released on bond. A redacted copy of the decision ordering his release is attached to this declaration as Attachment 1.

4. On October 8, 2025, U.S. Immigration and Customs Enforcement issued O.C.G. an order of supervision, requiring that he be subject to electronic monitoring as a condition of release from immigration detention. A redacted copy of the order of supervision is attached to this declaration as Attachment 2.

Executed this 8th day of December 2025 at Tucson, Arizona.

*Laura Belous*
Signer ID: QQJHFNZ815...

Laura Belous

EXHIBIT P

# ATTACHMENT 1



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### ELOY IMMIGRATION COURT

**Respondent Name:**
C██████ G██████, C█████
█████████

**To:**
Alvarez, Mario Alfredo
PO Box 86299
Tucson, AZ 85754

**A-Number:** ████████

**Riders:**
In Custody Redetermination Proceedings

**Date:** 09/30/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☑ released from custody under bond of $ 5,000.00
  ☐ other:

☐ Other:

Immigration Judge: DeAngelis, Kathryn 09/30/2025

Appeal:    Department of Homeland Security:  ☐ waived   ☑ reserved
           Respondent:                        ☑ waived   ☐ reserved

Appeal Due: 10/30/2025

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : C▮▮▮▮▮▮▮ G▮▮▮▮▮▮▮, O▮▮▮▮▮▮▮ | A-Number : ▮▮▮▮▮▮▮

Riders:

Date: 09/30/2025 By: Ordonez, Caroline, Court Staff

# ATTACHMENT 2

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: ███████

Name: ███████████, ███████  Date: October 8, 2025

On **February 19, 2025**, you were ordered
(Date of Final Order)

- ☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- ☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- ☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.
- ☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.
- ☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.
- ☒ That you do not travel outside **California** for more than 48 hours without first having notified this
  (Specify geographic limits, if any)
  agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.
- ☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.
- ☒ That you report in person on **02/██/2026 8:00 AM** to this agency office at:
  (Date/Time)
  **See I-831**

  (Reporting Address)

- ☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.
- ☒ Other: Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.

  If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.

- ☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____  VEGA, E 3609 - SDDO
(Signature of ICE Official)  (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **Spanish** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

VILLA, R.
Immigration Officer
_____
(Signature of ICE Official Serving Order)

10/08/2025
(Date)

ICE Form I-220B (10/20)

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Immigration and Customs Enforcement**

# ORDER OF SUPERVISION (ADDENDUM)

File No.: ▓▓▓▓▓▓▓▓▓▓

Date: **October 8, 2025**

Name: ▓▓▓▓▓▓▓▓▓▓

- [■] That you do not associate with know gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [■] That you do not commit any crimes while on this Order of Supervision.
- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [■] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [■] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [■] Any violation of the above conditions will result in revocation of your employment authorization document.
- [■] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.
- [ ] Other:

X ▓▓▓▓▓▓▓▓▓▓

ICE Form I-220B (10/20)