**DECLARATION OF [REDACTED]**

I, [REDACTED], make the following declaration based on my personal knowledge and declare under the penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. My name is [REDACTED]. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am a citizen of El Salvador. I live in El Salvador.

3. I am the brother of C.O., who is also from El Salvador. My brother used to live in the United States. I know that he was detained by U.S. immigration in the 2010's. On or around 2015, he was released from immigration detention because the U.S. immigration court had granted him protection under the Convention Against Torture (CAT) saying that he could not be sent back to El Salvador.

4. On October 9, 2025, I met with my brother from a jail in El Salvador. What follows is what he told me during that conversation.

5. My brother told me that immigration officers detained him in mid-May 2025 in North Carolina. After he was detained, he was moved to several different immigration detention centers.

6. He said that in early October 2025, immigration officers drove him to the Mexican border and handed him over to Mexican officers. He did not know he was going to be deported to Mexico. The Mexican officers then drove him to the Guatemalan border and handed him over to Guatemalan officers. Guatemalan officers then drove him to the border with El Salvador. Throughout this entire trip, his hands were handcuffed, and his feet were shackled.

7. He told me that the Guatemalan officers who were transporting him handed him over to Salvadoran government officers in El Salvador. When I talked with him on October 9, he was in a lock-up in Sonsonate. The police in that jail told him that he was going to be sent to CECOT, a maximum-security prison in El Salvador.

8. Since October 9, I have not been able to communicate with my brother at all. I am afraid that he is in CECOT, and I am afraid for my brother's safety because I have heard reports about how dangerous CECOT is.



EXHIBIT S

Executed on this 14th day of November 2025.



Certification of Translation

I, Olivia Callan, hereby certify that I am fully competent in both English and Spanish languages, that on November 11, 2025, I read the above declaration to [redacted] in Spanish to the best of my ability, and that he has signed his name with full understanding of its contents.

Olivia Callan