**DECLARATION OF** █████████████████████

I, ███████████████████, make the following declaration based on my personal knowledge and declare under the penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. My name is ███████████████████████. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I am a citizen of Cuba. Before I was deported, I lived in Miami, Florida.

3. I first arrived in the United States in 2022. I fled Cuba because I disagreed with Cuban politics and refused to join a youth communist organization. After I arrived in the United States, I applied for political asylum soon after. I had an immigration court date scheduled for around August 2026. I later received a work permit and a commercial license to drive trucks.

4. In early October 2025, when I was driving a commercial truck on the way back to Florida, I had to stop at a checkpoint in Texas. When the U.S. Customs and Border Protection officer asked me if I was a citizen or resident, I said no, and the officers detained me. A few days later, I was taken to El Valle Detention Center.

5. When I was at El Valle, my girlfriend told me that the immigration court set a hearing for November 4, 2025. I told an officer at El Valle that I had a court date scheduled that day. The officer told me that he could not take me to immigration court because I was not on their list, so I missed my court hearing. About three days later, I received papers saying that the immigration judge had ordered me deported to Cuba because I did not attend my court hearing.

6. The only reason I did not attend my court hearing is because immigration officers did not take me to the hearing or allow me to appear by video. I wanted to go to immigration court and explain my asylum application to the immigration judge.

7. On or around November 11, 2025, I was trying to use a computer tablet in El Valle, but I could not access any information about my case. Around 11pm that same day, an officer told me to get ready because I was leaving.

8. Along with some other people, I was then put on a bus from El Valle to the border of Mexico and Texas. When immigration officers were asked about where we were going, they refused to tell us. We realized we had arrived at the U.S.-Mexico border when we saw the border wall. I had not received any kind of advance notice of deportation to Mexico. I have seen on social media news about the crime and gangs in Mexico, and I have heard about the treatment of Cubans in Mexico, including being extorted and threatened. The other people on the bus and I told the U.S. immigration officers that we

9. were afraid of going to Mexico because we have heard people are kidnapped and extorted there. Immigration officers just forced us off the bus.

9. The U.S. immigration officers handed us over to Mexican officers. Mexican officers then drove us about 36 hours from Reynosa to Chiapas, on the southern border of Mexico. When they let us off the bus in Chiapas, I did not have any identification or immigration documents. The Mexican officers dropped us off in the street and told us to fend for ourselves.

10. I am afraid for my safety in Mexico. I do not have identification documents or a work permit. I do not know how long I will be permitted to stay in Mexico, and I am afraid that Mexican authorities might send me back to Cuba.

Executed this 26th day of November 2025 at Tapachula, Chiapas, Mexico.



Certification of Translation

I, Olivia Callan, hereby certify that I am fully competent in both English and Spanish languages, that on November 26, 2025, I read the above declaration to ███████████████ in Spanish to the best of my ability, and that he has signed his name with full understanding of its contents.

Olivia Callan