UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.V.D., *et al.*,<br><br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-10676-BEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>MOTIO TO WITHDRAW AS COUNSEL</u>**

PLEASE TAKE NOTICE that Elianis N. Perez respectfully moves to withdraw as counsel for Defendants in the above-captioned action. Undersigned counsel will no longer be employed by the U.S. Department of Justice and is therefore unable to continue representing Defendants in this matter. Defendants remain represented by other counsel from the U.S. Department of Justice.

Respectfully Submitted,

February 9, 2026

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | MATTHEW P. SEAMON<br>Senior Litigation Counsel |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | */s/Elianis N. Perez*<br>ELIANIS N. PEREZ<br>Assistant Director |
| MARY LARAKERS<br>Senior Litigation Counsel | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202) 298-7294 (phone)<br>(202) 305-7000 (facsimile)<br>Elianis.perez@usdoj.gov |
| | Attorneys for Defendants |