**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: D.V.D. et al v. U.S. Department of Homeland Security et al

District Court Number: 25cv10676-BEM

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending  Yes ____ No _X_
If yes, document # ____

Sealed documents  Yes _X_ No ____
If yes, document # 17,72,110,113,123,124

Ex parte documents  Yes ____ No _X_
If yes, document # ____

Transcripts  Yes _X_ No ____
If yes, document # 44,74,101,145

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#241 Memorandum and Order, #242 Final Judgment

Other information:

(Additional Sealed Documents: 125,126,129,130,148,188,189,227,231,233)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#241, #242, and #243

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __243__ filed on February 27, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 27, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**