**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| D.V.D., *et al*.,<br><br>      Plaintiffs,<br><br>           v.<br><br>U.S. Department of Homeland Security, *et al*.,<br><br>      Defendants. | Civil Action No. 25-cv-10676-BEM |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.5.2(c)-(d), the undersigned attorney, Inyoung Hwang of Human Rights First, hereby moves this Court for leave to withdraw as counsel for Plaintiffs in the above-captioned matter.

The undersigned counsel seeks leave to withdraw because she is departing Human Rights First. Plaintiffs will continue to be represented by counsel of record from Human Rights First, and all other counsel who have entered appearances on behalf of Plaintiffs.

WHEREFORE, and upon good cause shown, undersigned counsel respectfully requests that this Court grant her Motion to Withdraw as Counsel for Plaintiffs.

Dated: July 27, 2026

Respectfully submitted,

*/s/  Inyoung Hwang*
Inyoung Hwang (*pro hac vice*)
**HUMAN RIGHTS FIRST**
121 W 36th Street
PMB 520
New York, NY 10018
Telephone: (212) 845-5200
HwangS@humanrightsfirst.org

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I, Inyoung Hwang, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 27, 2026

*/s/ Inyoung Hwang*
Inyoung Hwang