# United States Court of Appeals
## For the First Circuit

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

Before

Montecalvo, Howard, and Aframe,
Circuit Judges.

**ORDER OF COURT**

Entered: September 23, 2026

The court is in receipt of Plaintiffs-Appellees' Emergency Motion to Clarify the Effectiveness of this Court's Decision or, in the Alternative, Confirm the Stay is Lifted or Issue the Mandate. After careful consideration, the Motion is granted in part. Consistent with this court's September 18, 2026, Judgment, the March 16, 2026, stay pending appeal is dissolved.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Brian E. Murphy, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Trina A. Realmuto, Mary A. Kenney, Kristin Macleod-Ball, Aaron Korthuis, Anwen Hughes, Glenda M. Aldana Madrid, Leila Kang, Matthew H. Adams, Olivia Callan, Donald Campbell Lockhart, Brett Allen Shumate, Abraham R. George, Drew C. Ensign, Jacob Moshe Roth, Matthew Patrick Seamon, Mary Larakers, Mark Sauter, Daniel Cappelletti, Sarah Welch, Christopher Anthony Hatfield, Matt A. Crapo, Rachel Romaniuk, Daniel Glen Bowman, Esther G. Gold, Melissa E. Crow, Blaine Bookey, Amanda Erin Lee-Dasgupta, Mary Sameera Van Houten Harper, Joanne Bui