**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2026

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Department of Homeland Security, et al.
v. D. V. D., et al.
No. 26-426
(Your No. 26-1212)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 24, 2026 and placed on the docket September 29, 2026 as No. 26-426.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney