**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**ROBERT M. FARRELL**
CLERK OF COURT

October 13, 2026

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington DC 20543

Re: **D.V.D. et al v. U.S. Department of Homeland Security et al**
USDC - Massachusetts No. 25cv10676-BEM
USCA – First Circuit No. 26-1212
United States Supreme Court No. 26-00426

.
Dear Clerk Harris:

I am writing regarding the above District Court case. On October 7, 2026, this Court received a letter pursuant to Rule 12.7 to certify and transmit immediately the entire District Court record (including transcripts) to your office. All non-sealed filings are available electronically through PACER. The sealed filings will be provided on a USB drive once the letter is received. Please email Marlene Martins for the password to access the sealed filings.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Marlene Martins*

Marlene Martins
*Docket Clerk for*
*The Honorable Brian E. Murphy*
United States District Court
District of Massachusetts
(617)-748-4088
Marlene_Martins@mad.uscourts.gov