# United States Court of Appeals
## For the First Circuit

---

No. 26-1212

D.V.D.; M.M.; E.F.D.; O.C.G.,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary of Department of Homeland Security (DHS); TODD BLANCHE, United States Attorney General; ANTONE MONIZ, Superintendent of the Plymouth County Correctional Facility,

Defendants - Appellants.

---

**MANDATE**

Entered: November 10, 2026

In accordance with the judgment of September 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Brian E. Murphy, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Matthew H. Adams, Glenda M. Aldana Madrid, Blaine Bookey, Daniel Glen Bowman, Joanne Bui, Olivia Callan, Daniel Cappelletti, Matt A. Crapo, Melissa E. Crow, Drew C. Ensign, Abraham R. George, Esther G. Gold, Christopher Anthony Hatfield, Brandon Michael Hayes, Anwen Hughes, Leila Kang, Mary A. Kenney, Aaron Korthuis, Mary Larakers, Amanda Erin Lee-Dasgupta, Donald Campbell Lockhart, Kristin Macleod-Ball, Trina A. Realmuto, Rachel Romaniuk, Jacob Moshe Roth, Mark Sauter, Matthew Patrick Seamon, Brett Allen Shumate, Mary Sameera Van Houten Harper, Sarah Welch